1    James P. Lemieux (Bar No. 167367)
     DEMLER, ARMSTRONG & ROWLAND, LLP
2    4500 E. Pacific Coast Highway, Fourth Floor
     Long Beach, California 90804-3298
3    Telephone: (562) 597-0029
     Fax: (562) 494-3958
4    *lem@darlaw.com*

5    Attorneys for Plaintiffs Robert J. Houchin; and
     Robert James Houchin, D.D.S., a Professional
6    Dental Corporation

**ORIGINAL**

```
FILED
DEC 2 2 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk
```

7

8                IN THE UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   KENNETH G. WHELAN                    )  Case No.    8:15-BK-15508-MW
                                          )
12             Debtor.                    )  Chapter 7
                                          )
13   _____  )  Adv. No.
                                          )
14   ROBERT JAMES HOUCHIN, D.D.S., an     )  **COMPLAINT FOR**
     individual, and ROBERT JAMES         )  **NONDISCHARGEABILITY PURSUANT**
15   HOUCHIN, D.D.S., a Professional Dental)  **TO 11 U.S.C. §§ 523(a)(2)(A) and(B),**
     Corporation, a California corporation,)  **523(a)(6) and 523 (a)(19)**
16                                         )
               Plaintiffs,                 )
17                                         )
          vs.                              )
18                                         )
     KENNETH G. WHELAN (AKA                )
19   KENNETH G. WHELAN, JR., D.D.S., an    )
     individual), Debtor; KEN WHELAN,      )
20   D.D.S., a Dental Corporation, a California)
     corporation, KATHY WHELAN, and        )
21   DOES 1 through 10, inclusive,         )
                                           )
22             Defendants.                 )
     _____  )

23        ROBERT JAMES HOUCHIN, D.D.S., and ROBERT JAMES HOUCHIN, D.D.S., a

24   Professional Dental Corporation (collectively, "Houchin" or "Plaintiffs"), by and through their

25   attorney, James Lemieux of Demler, Armstrong & Rowland, hereby complain:

26                                    **I.**

27                      **JURISDICTION AND VENUE**

28        1.    The Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334.

B10602 - HOUCHIN\PLEADINGS\CMPT02

2.    Venue is proper in this cause pursuant to 28 U.S.C. § 1409(a).

3.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

4.    Plaintiffs consent to entry of final orders or judgment by this Court.

## II.

## BACKGROUND

5.    On or about September 27, 2010, plaintiffs filed a suit for breach of contract and fraud against Kenneth G. Whelan, Jr., D.D.S., and his dental corporation, Ken Whelan, D.D.S., a Dental Corporation (simply referred to as "Dr. Whelan"). (See complaint attached as Exhibit "A" hereto, without exhibit.) Dr. Whelan is the Debtor in this matter (despite the lack of a reference to "Jr." or "D.D.S.") (hereinafter "Debtor" or "Whelan") and Kathy Whelan is his wife (hereinafter "Kathy"), who previously filed a Chapter 7 bankruptcy as well (Case No. 8:15-BK-13465-SC). This suit against Whelan was filed in the Orange County Superior Court, case number 30-2010-00411759 (consolidated with 30-2010-00389304). The case went to a five-week jury trial in the Fall of 2012 and resulted in a jury verdict in favor of plaintiffs against Dr. Whelan, wherein the jury found Dr. Whelan liable for fraud, by the civil standard of clear and convincing evidence, and rendered damages in favor of plaintiffs and against Dr. Whelan on the fraud cause of action in the amount of $1,862,999.

6.    Plaintiffs filed a post-trial motion for attorney fees and were awarded attorney fees and costs. Entry of judgment was delayed while the parties discussed settlement and payment of the judgment, however, judgment was then entered on November 10, 2014, in the amount of $2,766.880.81 against Dr. Whelan, representing the principal sum of the jury's verdict, plus attorney fees, costs and pre-judgment interest. (Exhibit "B" is a true and correct copy of that judgment.)

7.    No appeal was taken and, thus, the judgment is final. (See Exhibit "C," the court docket for this file, showing that no notice of appeal was filed.)

## III.

## UNDERLYING FACTS COMMON TO ALL COUNTS

8.    Debtor Kenneth Whelan was married to Kathy at all relevant times, including the

COMPLAINT FOR NONDISCHARGEABILITY

1   entire time that Dr. Whelan owned his Aliso Viejo dental office, the entire time that the Houchin

2   plaintiffs were in negotiations for and purchased Dr. Whelan's Aliso Viejo dental office, the

3   entire time that the Houchin plaintiffs were suing Dr. Whelan for fraud and breach of contract,

4   and the entire time from the jury's verdict in 2012, through entry of the judgment in 2014 against

5   Dr. Whelan, to the filing date of the debtors' bankruptcy petition in 2015.

6         9.     Based on information and belief, Plaintiffs do not believe that Kathy ever had a

7   record ownership interest in Dr. Whelan's dental practice sold to the Houchin plaintiffs. Her

8   interest in that practice, if any, was solely due to community property laws. Kathy was not a

9   defendant in the Orange County Superior Court action filed by the Houchin plaintiffs against Dr.

10   Whelan and his dental corporation. However, Plaintiffs have also filed a nearly identical Section

11   523 Complaint against Kathy Whelan in her separate bankruptcy proceeding to ensure that no

12   discharge in her bankruptcy matter adversely impacts Plaintiffs' claims that should be non-

13   dischargeable.

14         10.    Debtor listed this judgment against him under Schedule F entitled "Creditors

15   Holding Unsecured Non-Priority Claims" and specifically described the judgment against him as

16   follows:

17                 "Business Debt. Listed for notice purposes. **Judgment for fraud**

18                 issued against husband (sic)."

19   (See Sheet No. 20 of 24 Sheets attached to Schedule F [emphasis added in bold].)

20   He listed the total debt of the above at $1,200,000, even though the actual judgment is higher, as

21   noted earlier in paragraph 6. Further, there is a typo referring to "husband", as this should be

22   "wife". Of course, he also admitted that the judgment is for fraud, as Dr. Whelan has

23   consistently acknowledged with Plaintiffs and consistently acknowledged that he agrees and

24   understands that this debt is non-dischargeable in bankruptcy.

25         11.    Debtor also lists a debt owed to Partners Bank for $500,000, which is related to

26   the above-judgment, in the sense that he was attempting to make payments on the judgment for

27   fraud against him and, as part of the parties' agreement, some of those payments were to be made

28   to Partners Bank, which is Dr. Houchin's bank that loaned him money to buy Dr. Whelan's

1   dental practice in Aliso Viejo. Plaintiffs and Debtor previously agreed several years ago that any

2   such payments by Debtor would act as a credit against the total non-dischargeable judgment

3   amount owed by Debtor to Plaintiffs. Although there were formal papers signed by Dr. Whelan

4   obligating him to make payments to Partners Bank, Dr. Houchin remained principally

5   responsible and obligated to pay for that debt and has himself now paid that debt to Partners

6   Bank in full in the last month or so, such that Debtor is no longer obligated for this sum to

7   Partners Bank but remains obligated to Plaintiffs for the remainder of the fraud judgment that is

8   still owing by Debtor to Plaintiffs. This debt owed to Partners Bank is listed on the Debtor's

9   Schedule F as follows:

10          Business debt. Listed for notice purposes.

11   (See Sheet No. 18 of 24 relating to Partners Bank of California in the amount of $500,000.)

12          12.    While not directly relevant to this complaint, the Schedule F for Kathy (Debtor's

13   wife) lists various other unsecured, non-priority claims as "Community property business debt.

14   Husband is responsible party. Listed for notice purposes," such as those listed on the first page

15   of her Schedule F and numerous other creditors listed on each of the 24 sheets attached to her

16   Schedule F in her separate bankruptcy filing. It is unclear whether Kathy believes that, because

17   there are community property debts, a successful bankruptcy on her part would somehow

18   incidentally relieve her husband (the Debtor in this matter) of all or part of those debts. In any

19   event, a Section 523 complaint was filed in Kathy's bankruptcy matter by Plaintiffs to preclude

20   any such contention that a successful bankruptcy petition of Kathy would, in any way, have any

21   adverse impact on the debts owed by her husband to Plaintiffs for fraud.

22          13.    On Schedule H, Debtor lists as a "co-debtor" (presumably for all debts) himself

23   but it appears this is a typo and he intended to list his wife, Kathy.

24          14.    Under the "Statement of Financial Affairs," item number 4 therein, regarding

25   "suits," Debtor did identify the Orange County fraudulent inducement action filed by Plaintiffs in

26   this matter against him.

27          15.    This adversary action is being filed to preserve and declare the nondischargeable

28   status of the prior judgment for fraud against Debtor in favor of Plaintiffs.

**COUNT I**

**§ 523(a)(2)(A) and (B) – Fraud**

16.    Paragraphs 1 through 15 of this complaint are re-stated and re-alleged here as this paragraph 16.

17.    Pursuant to § 523(a)(2)(A), a debtor is not discharged of a debt incurred due to the debtor's own false pretenses, false representations, or actual fraud, other than a statement about the debtor's financial condition.  Pursuant to § 523(a)(2)(B), a debtor is not discharged of a debt incurred when the debtor knowingly used a materially false written statement regarding the debtor's or an insider's financial condition that was relied upon by the creditor.

18.    In the sale of his dental practice to Plaintiffs, Dr. Whelan made numerous fraudulent representations, both with regard to the financial records of his Aliso Viejo dental practice and also with regard to other records and matters relevant to the running of that dental practice, such that his combined misrepresentations were based on all such fraudulent misrepresentations and also on written statements regarding his financial condition, as follows:

    a.    Whelan misrepresented to Plaintiffs that the financial records and patient records were true, correct, and complete despite knowledge that these assertions were false and that Whelan knew the falsity of these records at the time they were made.  For example, Whelan intentionally added entries to the patient ledgers which reflected work being done on alleged "patients" of the practice which were not, in fact, ever performed and added references to the financial records of the practice purporting to receive payments for work that was never performed and, thus, for payments that were never actually made.  Whelan did this to artificially increase the total sales of the practice and then intentionally represented these financial records to be accurate to Plaintiffs to deceive them into believing that the practice was earning more money than it was and, thus, to induce Plaintiffs to purchase the practice and/or to purchase the practice for an amount higher than the actual value of the practice.  Whelan also misrepresented the net income on the Profit & Loss statements provided to Plaintiffs prior to their purchase of his

practice, such that they showed roughly $250,000 more in net profit than the

actual net profits for each of three years leading up to the sale.

b.      Similarly, Whelan engaged in unlawful business practices while running

the Dental Practice, such as charging patients and/or their insurance companies for

higher quality materials such as high Noble metals when, in fact, non-precious

metals were actually ordered by Whelan from the labs and provided to the

patients. Whelan nonetheless represented to Plaintiffs that the practice had been

run in a lawful manner and that the financial records of the practice contained

legal and proper charges to insurers and/or patients, all the while knowing that

these charges were fraudulently high and that Plaintiffs could not expect to earn

the same income by running the practice legally.

c.      Whelan further falsified the appointment calendar by adding "phony

patients" through and including several months into 2010 to deceive Plaintiffs into

believing that there were more scheduled appointments than were actually set.

Whelan made this documentary representation so that Plaintiffs would see it and

rely upon it when reviewing the books prior to making the purchase and when

deciding whether and how much to pay for the practice, but Whelan then deleted

those appointments after that time and prior to the closing of escrow to cover up

their fraud.

d.      Whelan further knew that the Sale Agreement required him to reimburse

any "credit refunds" due patients as part of the Sale Agreement but nonetheless

falsified the financial records to delete any owed "credit refunds" to patients from

the system in order to avoid actually paying those "patient refunds." By doing

this, Whelan intentionally misrepresented to Plaintiffs that such "credit refunds"

had been paid and that such liability had been satisfied, even though Whelan knew

that this liability of the practice still existed as to more than $80,000 worth of

"credit refunds" due patients. Whelan intentionally attempted to cover up his

fraud by deleting the "credit refunds" due patients from the computer prior to

COMPLAINT FOR NONDISCHARGEABILITY

Plaintiffs taking actual possession of the practice. Whelan did this with the intent

to deceive Plaintiffs from being able to discover the extent and amount of "credit

refunds" due patients, which had not in fact been paid by Whelan. Whelan further

attempted to cover up his fraud by deleting the "audit trail" on the computer as to

these and other changes made by Plaintiffs to the financial records of the practice.

e.       Whelan also fraudulently represented and induced Plaintiffs to believe that

all or a vast majority of the dental equipment and supplies in the office would be

included as part of the Sale Agreement by representing as much in the specific

terms of the Sale Agreement, as set forth in detail above in Paragraphs 26-31.

However, Whelan then removed these assets from the practice after the closing

date of the practice on Friday, February 19, 2010 and prior to Plaintiffs taking

actual possession of the practice on Monday, February 22, 2010. Whelan

purposely included in the Sale Agreement an exception for property of Elite

Dental so that they could later claim that the equipment belonged to Elite Dental

and, thus, was excluded from the sale, however, knowing the entire time that the

equipment had never belonged to nor was ever purchased by or owned by Elite

Dental. The true facts are that the equipment at issue was purchased by Whelan

and, thus, was owned by the practice and included to be sold as part of the Sale

Agreement. Said removal of such equipment from the office also nearly cost the

life of one of the patients of the practice who had been scheduled by Dr. Whelan

for work to be performed after the closing date of sale and which work required

Plaintiffs to use specialized equipment to monitor the patient's vital signs during

the dental work. Whelan removed this equipment with reckless disregard and/or

knowing that the patient would arrive at the office pre-sedated with medications

previously prescribed by Dr. Whelan and knowing that Dr. Houchin could not

perform the work with the particular equipment missing. Whelan similarly

intentionally left expired medications in the office and took current medications

from the office even though they knew they were supposed to leave an adequate

1  supply of medications for Dr. Houchin's use.  This conduct intentionally and

2  unnecessarily exposed Plaintiffs' patients to possible injury should the

3  medications be given to patients without confirming the expiration date and such

4  conduct was done in conscious disregard of the well-being of the patients.

5       f.     Plaintiffs believe that Whelan further made fraudulent misrepresentations

6  to them by claiming that the ongoing monthly advertisements were being sent

7  each month but that Whelan did not, in fact, continue his regular practice of

8  sending these advertisements, thereby knowing that Plaintiffs could not expect the

9  anticipated number of "new patients" generated from such advertisements.  This

10  was a material misrepresentation because Whelan was aware that the practice

11  generally thrived on the "new patients" generated as a result of these flyers and

12  that the failure to send these flyers would be devastating to any buyer of the

13  practice.  Whelan also misrepresented the number of flyers sent each month, in

14  order to induce Plaintiffs into believing that the cost to continue such advertising

15  would be cheaper.

16       g.     Whelan made the above mis-representations with intent to defraud

17  Plaintiffs, and with the purpose of inducing Plaintiffs to rely upon these

18  statements in the execution of the Sale Agreement.

19       h.     Plaintiffs were unaware of the falsity of these representations and acted in

20  reliance upon the alleged truth of these representations.

21       i.     As a result of Plaintiffs' reliance upon the truth of the representations,

22  Plaintiffs have sustained significant damages of more than $1,800,000, plus

23  attorney fees and costs.

24       19.     The above issues of fraud were previously litigated in the Orange County Superior

25  Court action against Dr. Whelan and it was found that Dr. Whelan engaged in such fraud to

26  induce Plaintiffs to enter into the purchase of his dental practice and that Plaintiffs were damaged

27  in the amount $1,862,999 based on such fraudulent inducement and that Plaintiffs were also

28  entitled to recover their attorney fees of $332,185 and costs of $15,456.45 as a result, plus

accrued interest. Accordingly, Debtor's bankruptcy petition should not cause any part of said judgment entered against him to be dischargeable and this court should order said judgment to be nondischargeable.

## COUNT II

### § 523(a)(6) – Willful and Malicious Injury

20.    Paragraphs 1 through 19 of this complaint are re-stated and re-alleged here as this paragraph 20.

21.    Pursuant to § 523(a)(6), debts that result from "willful and malicious injury" to another caused by the debtor cannot be discharged.

22.    Dr. Whelan knowingly engaged in the above conduct set forth in detail in Count I, to cause Plaintiffs to purchase his dental practice based upon his knowingly false misrepresentations, documents relating to the practice's patients, financial condition, advertising, etc., knowing that this would cause injury to Plaintiffs and so that Dr. Whelan could obtain a price for the practice far in excess of its appropriate value.

23.    As a direct and proximate cause of Dr. Whelan's actions, Plaintiffs have been injured as set forth in paragraph 19 above. Accordingly, Debtor's bankruptcy petition should not cause any part of said judgment entered against him to be dischargeable and this court should order said judgment to be nondischargeable.

## COUNT III

### § 523(a)(19) – Common Law Fraud With Regard to Sale of Security

24.    Paragraphs 1 through 23 of this complaint are re-stated and re-alleged here as this paragraph 24.

25.    Pursuant to § 523(a)(19), common law, fraud or deceit with respect to the sale of any security that results in a state judicial judgment cannot be discharged.

26.    To the extent that the sale of Dr. Whelan's dental practice is deemed to be the sale of a "security" as defined by this section, then the debt owed by Dr. Whelan for common law fraudulent inducement with respect to the sale of his dental practice to Plaintiffs would apply, rendering this debt nondischargeable for this additional reason.

1    27.    As a direct and proximate cause of his actions, plaintiffs have been defrauded in

2    the amount set forth above in paragraph 19.  Accordingly, Debtor's bankruptcy petition should

3    not cause any part of said judgment entered against him to be dischargeable and this court should

4    order said judgment to be nondischargeable.

5                                                        **PRAYER**

6    WHEREFORE, Plaintiffs pray for judgment as follows:

7    1.    Dr. Whelan committed fraud against Plaintiffs;

8    2.    Dr. Whelan's debt owed to Robert James Houchin, D.D.S., and Robert James

9    Houchin, D.D.S., a Professional Dental Corporation, already reduced to a judgment in Orange

10    County Superior Court action 30-2010-00389304 (consolidated with 30-2010-00411759),

11    including attorney fees, costs and pre- and post-judgment interest, is nondischargeable pursuant

12    to § 523(a)(2)(A);

13    3.    Dr. Whelan's debt owed to Robert James Houchin, D.D.S., and Robert James

14    Houchin, D.D.S., a Professional Dental Corporation, already reduced to a judgment in Orange

15    County Superior Court action 30-2010-00389304 (consolidated with 30-2010-00411759),

16    including attorney fees, costs and pre- and post-judgment interest, is nondischargeable pursuant

17    to § 523(a)(2)(B);

18    4.    Dr. Whelan's debt owed to Robert James Houchin, D.D.S., and Robert James

19    Houchin, D.D.S., a Professional Dental Corporation, already reduced to a judgment in Orange

20    County Superior Court action 30-2010-00389304 (consolidated with 30-2010-00411759),

21    including attorney fees, costs and pre- and post-judgment interest, is nondischargeable pursuant

22    to § 523(a)(6);

23    5.    Dr. Whelan's debt owed to Robert James Houchin, D.D.S., and Robert James

24    Houchin, D.D.S., a Professional Dental Corporation, already reduced to a judgment in Orange

25    County Superior Court action 30-2010-00389304 (consolidated with 30-2010-00411759),

26    including attorney fees, costs and pre- and post-judgment interest, is nondischargeable pursuant

27    to § 523(a)(19);

28    6.    That the entirety of this order be made applicable to the Debtor, both in the name

"Kenneth G Whelan" as listed on the bankruptcy filing and as to "Kenneth G. Whelan, Jr." (his proper name), and "Kenneth G. Whelan, Jr., D.D.S.", and his dental corporation, "Ken Whelan, D.D.S., a Dental Corporation", as the names listed on the subject judgment for fraud;

7.    That, consistent with any order of discharge awarded Debtor's wife Kathy Whelan in her separately filed bankruptcy (Case No. 8:15-BK-13465-SC), Plaintiffs' judgment for fraud against Debtor Kenneth G. Whelan, Jr., and his dental corporation is nondischargeable and not impacted in any way by the discharge awarded to Debtor's wife Kathy Whelan;

8.    That Plaintiffs be awarded attorney fees and costs; and

9.    That Plaintiffs be awarded such other relief as the Court deems proper.

Dated:  December 16, 2015

DEMLER, ARMSTRONG & ROWLAND, LLP


JAMES P. LEMIEUX
Attorneys for Plaintiffs Robert J. Houchin; Robert
James Houchin, D.D.S., a Professional Dental
Corporation.

COMPLAINT FOR NONDISCHARGEABILITY

EXHIBIT "A"

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** KENNETH G. WHELAN, JR., D.D.S.,
*(AVISO AL DEMANDADO):* an individual, KEN WHELAN,
D.D.S., a Dental Corporation, a Calfiornia
corporation, and ROES 1 through 100, inclusive,

FILED
SUPERIOR COURT OF CALIFORNIA.
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 27 2010

ALAN CARLSON, Clerk of the Court

BY ___ B. LEA ___ DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** ROBERT JAMES HOUCHIN,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* D.D.S., an
individual, and ROBERT JAMES HOUCHIN, D.D.S., a
Professional Dental Corporation, a California corp.
CORPORATION

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es:)*
ORANGE COUNTY SUPERIOR COURT
700 Civic Center Drive West
Santa Ana, CA  92701

CASE NUMBER:
*(Número de Caso):* 30-2010
00411759

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
(562) 597-0029  (562) 494-3958
James P. Lemieux
Demler, Armstrong & Rowland
4500 E. Pacific Coast Hwy., Fourth Floor
Long Beach, CA  90804

DATE: _____ Clerk, by _____ , Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
€ Plus

Code of Civil Procedure §§ 412.20, 465

1  | James P. Lemieux (Bar No. 167367)
   | John H. Kay (Bar No. 268776)
2  | DEMLER, ARMSTRONG & ROWLAND, LLP
   | 4500 E. Pacific Coast Highway, Fourth Floor
3  | Long Beach, California 90804-3298
   | Telephone: (562) 597-0029
4  | Fax: (562) 494-3958; CD Fax: (562) 597-5381
   | dar@darlaw.com
5  |
   | Attorneys for Plaintiffs Robert J. Houchin;
6  | Robert James Houchin, D.D.S., a Professional
   | Dental Corporation
7  |

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 27 2010

ALAN CARLSON, Clerk of the Court

BY _____ B LEA _____, DEPUTY

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      FOR THE COUNTY OF ORANGE

                                        30-2010

11                                      00411759

12  | ROBERT JAMES HOUCHIN, D.D.S., an          ) NO.
    | individual, and ROBERT JAMES              )
13  | HOUCHIN, D.D.S., a Professional Dental     )
    | Corporation, a California corporation,     )
14  |                                            )  COMPLAINT FOR DAMAGES AND
    |               Plaintiffs,                   )  DECLARATORY RELIEF:
15  |                                            )
    |       vs.                                  )  1.  BREACH OF CONTRACT;
16  |                                            )  2.  BREACH OF THE IMPLIED COVENANT
    | KENNETH G. WHELAN, JR., D.D.S., an         )      OF GOOD FAITH AND FAIR DEALING;
17  | individual, KEN WHELAN, D.D.S., a          )  3.  FRAUD;
    | Dental Corporation, a California           )  4.  DECLARATORY RELIEF; and
18  | corporation, and ROES 1 through 100,       )  5.  RESCISSION
    | inclusive,                                 )
19  |                                            )
    |               Defendants.                  )
20  | _____  )

21

22          Plaintiffs ROBERT JAMES HOUCHIN, D.D.S., and ROBERT JAMES HOUCHIN,

23  D.D.S., a Professional Dental Corporation (collectively, "Plaintiffs"), allege as follows:

24                          **GENERAL ALLEGATIONS**

25          1.      Plaintiff ROBERT JAMES HOUCHIN, D.D.S. ("Houchin") is, and at all times

26  was, an individual who is a citizen of the State of California residing in the County of San

27  Bernardino, State of California.

28          2.      Plaintiff ROBERT JAMES HOUCHIN, D.D.S., a Professional Dental

B9155\PLEADINGS\CMPT01

COMPLAINT FOR DAMAGES

1    Corporation, is and at all times was a dental corporation organized and existing under the laws of

2    the State of California with its principal place of business in Orange County, California.

3         3.      KENNETH G. WHELAN, JR., D.D.S. is, and at all times was, an individual who

4    is a citizen of the State of California residing in the County of Orange, State of California.

5         4.      KEN WHELAN, D.D.S., a Dental Corporation is and at all times was a dental

6    corporation existing under the laws of the State of California with its principal place of business

7    in Orange County, California.

8         5.      Plaintiffs are ignorant of the true names and capacities of the Defendants sued

9    herein as ROES 1 through 100, inclusive, and therefore sue these Defendants by these fictitious

10   names. Plaintiffs will amend this complaint to allege their true names and capacities when

11   ascertained. Plaintiffs are informed and believe and thereon allege that each of the fictitiously

12   named Defendants is responsible in some manner for the occurrences herein alleged and the

13   Plaintiffs' damages herein alleged were proximately caused by such actions. Plaintiffs are

14   informed and believe and thereon allege that at all times mentioned herein Defendants and each

15   of them were the agents, servants, alter egos, related corporations or employees of each other,

16   and the Defendants acted within the scope of their authority as such agents, servants, alter egos,

17   related corporations or employees with the permission and consent, express or implied, of their

18   co-defendants (ROES 1 through 100, together with Defendants Whelan and Whelan Dental

19   Corporation are hereinafter referred to as "Defendants").

20        6.      Venue is proper in this court because Orange County, California is the county in

21   which the contract at issue was entered into and to be performed, and is also where many, if not

22   all, of Defendants' tortious acts took place.

23        7.      Plaintiffs are informed and believe and thereon allege that Defendants, and each

24   of them, at all times herein mentioned were either individuals, sole proprietorships, partnerships

25   or registered professionals, corporations or other legal entities which were doing business in

26   Orange County, California at all times relative to the subject matter of this action.

27        8.      The amount in controversy exceeds the jurisdictional minimum of this Court.

28   ///

B9155\PLEADINGS\CMPT01

2

COMPLAINT FOR DAMAGES

## FIRST CAUSE OF ACTION

(Breach of Contract)

Plaintiffs, for the first cause of action for breach of contract against all Defendants, allege:

9.    Plaintiffs hereby refer to and incorporate paragraphs 1 through 8 of this complaint as though fully set forth in this cause of action.

10.    Plaintiff Robert Houchin, D.D.S., is a licensed dentist doing business as Robert James Houchin, D.D.S., a Professional Dental Corporation.

11.    On or about February 19, 2010, Plaintiffs and Defendants entered into an Agreement for the Sale of the Dental Practice ("Sale Agreement") of Defendants' location in Aliso Viejo, California Dental Practice for $1,200,000, a copy of which is attached as Exhibit "A." The Sale Agreement was signed by or on behalf of each plaintiff and defendant.

12.    The Sale Agreement between Plaintiffs and Defendants (herein, "the Parties") included assurances that all representations of any nature made in connection with the transaction would be true and complete. The Parties, therefore included in the Sale Agreement, at Paragraph 6.1(j):

> To the best of Seller's knowledge, as of the Closing Date, no representation or warranty by Seller, or any statement or certificate furnished or to be furnished by Seller pursuant to the request of Buyer, pursuant to the terms of this Agreement, or in connection with the transaction contemplated hereby contains or will contain any untrue statement or omit a material fact that makes the statements contained therein misleading.

13.    The Sale Agreement also specifically identified several key representations, warranties, statements, and certificates crucial to the evaluation and purchase of the Dental Practice and charged the Seller with the same obligations of ensuring that no representations contained false statements of fact or omitted material.

14.    As memorialized in the Sale Agreement at Paragraph 6.1(u), Defendants represented that the revenues from the Dental Practice for the fiscal years ending 12-31-07, 12-31-08 and 12-31-09 were $1,884,000, $1,730,000 and $1,418,000, respectively.

15.    Defendants represented, pursuant to Paragraph 6.1(l) that the business records of the Dental Practice were true, correct, and complete, and truthfully revealed the financial

1   condition of the dental practice:

2           Paragraph 6.1(l). To the best of Sellers' knowledge, Seller
        represents and warrants that all of the books, files, records, patient
3       records, x-rays, and other documentation provided to Buyer in
        connection with the Dental Practice are true, correct, and complete.
4       Seller represents and warrants that the financial records have been
        prepared in accordance with generally accepted accounting
5       principles, and the financial records and patient records provided
        for review are accurate and complete and truthfully reveal the
6       financial condition of the practice and the treatment of patients. To
        the best of Sellers' knowledge, Seller represents and warrants that
7       no material information has been omitted and there is no additional
        information that could be provided which would materially effect
8       the conclusions to be drawn from the review of the records actually
        provided.

9

10      16.     Defendants also stated that the records for all the practice's patients were

11   substantially complete and accurate in all material respects:

12          Paragraph 6.1(q). To the best of Seller's knowledge, the records
        for all patients of Seller are substantially complete and accurate in
13      all material respects and are maintained at the Dental Practice in
        accordance with applicable licensing and professional standards
14      and governmental requirements.

15      17.     Defendants asserted in the Sale Agreement at Paragraph 7(a) that "the [financial

16   records relating to the dental practice] are complete and correct in all material respects."

17      18.     Defendants represented in Paragraph 6.1(x) of the Sale Agreement that Dr.

18   Whelan operated the Dental Practice in the ordinary manner consistent with its past customs and

19   practices:

20          Paragraph 6(x). Seller hereby warrants and represents to Buyer
        that: [N]either Seller nor any of Seller's staff members has caused
21      there to be an acceleration of patient treatment which would result
        in either Buyer having a significantly slower than usual patient load
22      during the first three (3) months following the Closing
        Date…Seller further represents and warrants that it has operated
23      the Dental Practice in the ordinary manner consistent with its past
        customs and practice.
24

25      19.     Defendants finally represented in Paragraph 6.1(z) that the Dental Practice

26   "complied with the applicable federal, state, or local statutes, laws or regulations, including

27   without limitation, those relating to the professional operation of the Dental Practice."

28      20.     Defendants have materially breached all the aforementioned provisions of the Sale

4

1   Agreement by misrepresenting and falsifying the amount of income earned by the practice,

2   misrepresenting and falsifying the actual work performed, and misrepresenting and falsifying the

3   contents of actual patient files, all of which were alleged to be "correct and true."

4        21.    Upon taking over the practice and gaining access to the Dental Practice's

5   computers, Dr. Houchin discovered the net gross receipts for 2009 were only $1,300,000,

6   approximately $120,000 less than represented.  Similar discrepancies existed for the fiscal years

7   2007 and 2008.

8        22.    Patient records for 2010 relating to work performed also included

9   misrepresentations violating several sections of the Sale Agreement in that (1) work was not

10   actually performed; (2) excessive charges were included for this alleged work to artificially

11   inflate the "sales" for 2010; and (3) the records were further falsified by including alleged

12   payments for such work which were not actually made.

13        23.    Defendants breached several provisions of the Sale Agreement requiring true and

14   correct representations by adding falsified charges to the "day sheets" to artificially inflate the

15   amount of sales in the first month of 2010, either to make it appear like the practice was still

16   earning significant income and/or to cover up the fact that Defendants had either accelerated

17   other patient work in the final months of the practice or had simply stopped booking new work.

18        24.    Additional records discovered at the Dental Practice indicate that Defendants

19   began doing less work in the final months of possession and did not book new patients for the

20   first three months that Dr. Houchin would be taking over the practice, thus failing to operate the

21   practice in the ordinary manner consistent with past customs and practice.

22        25.    Dr. Houchin has discovered, and continues to discover on a regular basis,

23   evidence of additional misrepresentations and falsifications to the financial and patient records,

24   which artificially increase the amount of sales and revenue represented by Defendants prior to

25   and as part of the execution of the Sale Agreement.

26        26.    In addition to the misrepresentations and falsifications to the financial and patient

27   records, Defendants have breach provisions regarding dental equipment and supplies to be

28   included in the Sale Agreement.

27.    The introduction to the Sale Agreement, Paragraph E, states:

"The purchase and sale of the Dental Practice is conditioned upon Buyer's inspection of the premises of the Dental Practice and without limitation, all dental and general office equipment and supplies of the Dental Practice included in the sale."

28.    The Sale Agreement included Paragraph 6.1(f) which states, "[S]inks and faucets together with the office and dental equipment, including electrical appliances, will be delivered to Buyer in good operating condition… Seller warrants that dental supplies and expendable instruments will be at the usual customary level for the Dental Practice, (no less than thirty (30) day supply)."

29.    The Sale Agreement Section 2, Paragraph 2.1 also provides that:

Unless hereinafter specifically excluded, the assets being sold by Seller to Buyer include all the assets, properties and business of the Dental Practice located at [the practice's address] of every character and description, whether tangible, intangible, personal, or mixed, including without limitation the following:
(a.) all books, files, records, patient records, x-rays, addresses and Seller's patient and supplier telephone list;
(b.) all dental equipment, trade fixtures, furniture, office equipment, instruments, furnishings, computer and equipment books and manuals, and at least thirty (30) day supply of supplies and consumables…unless specifically excluded by the terms of Exhibit "B".

30.    Exhibit "B" of the Sale Agreement specifies that the only items not included in the sale are "(1) personal books, pictures and diplomas; (2) Elite Dental Administrator Assets, including, but not limited to, direct marketing materials; and (3) Transportation Equipment."

31.    Further memorializing the importance and value of the dental equipment, instruments and office furnishings in the sale of the Dental Practice, Section 1 Paragraph 1.2(c.) indicates that these items were generally valued at $250,000.

32.    Defendants have materially breached these provisions by removing dental equipment, supplies, and other items included as part of the Dental Practice sale as memorialized in the various provisions of the Sale Agreement.

33.    When Dr. Houchin took over the practice, much of the equipment that had been

1   present when he visited the office prior to the sale closing to view the property was no longer

2   present and had subsequently been removed by the Defendants in the first few days after the

3   closing date of February 19, 2010.  The list of items removed includes various smaller items

4   along with "big ticket" items such as a Biolase Waterlase machine (worth $89,500); 3 Zap

5   Softlase (worth about $22,500); an Apex Locator (worth $3,300); a Penta Experience machine

6   (worth $1,899); 10 Zoom bleach kits ($1,890); a pulse oximeter (worth about $1,500); an

7   Impregum machine (worth about $1,000); a camera and memory disk (worth about $5,075); three

8   Isolites and 40 intra-oral devices (worth about $5,185 total); various Nobel Biocare implant items

9   (machine and head piece, and surgical and abutment kits worth $24,943); a Straumann implant

10  abutment kit, 10 bottles of bone graft material, 10 collaplugs and 10 collatapes (worth $1,438

11  total); roughly 10 Sonic Care toothbrushes (worth $999.50); roughly 10 Rota-Dent toothbrushes

12  and brush refills (worth $1,171.50); as well as other smaller miscellaneous items.  Other items

13  such as the connector wires for the x-ray equipment and chairs and nearly any other item not

14  physically nailed down were gutted from the practice.  Not only were most of these items present

15  during the walk-through, but the office staff verified that these items were part of the Dental

16  Practice in the months leading up to the sale.  Dr. Houchin believes the total amount equipment

17  stolen by the Defendants is about $162,416.

18      34.     Defendants have since contended that several items removed from the Dental

19  Practice were not meant to be a part of the sale because they were not specifically listed in the

20  Sale Agreement.  This position is contradicted by the written terms of the Sale Agreement,

21  wherein all items were intended to be part of the sale unless specifically listed.

22      35.     Defendants have also indicated that the items were removed because they were

23  assets of Elite Dental and therefore specifically excluded according to Exhibit "B" of the Sale

24  Agreement.  However, in all cases, the invoices for the purchase of the items in questions

25  indicate that the equipment was specifically sold to the Defendants, and that none of the

26  purchases were attributed to Elite Dental.  Moreover, Elite Dental is a marketing company, such

27  that it would have no reason to own such equipment and Plaintiffs would have no reason to

28  believe that such equipment could possibly belong to Elite Dental.

36.     Defendants have also breached the Sale Agreement by failing to leave at least 30 days' worth of supplies in the office or otherwise have the usual customary levels of both dental supplies and expendable instruments as agreed in Paragraphs 6.1(f) and 2.1(b) of the Sale Agreement.

37.     When Dr. Houchin took over the practice, he found only expired (and thus now toxic) antibiotics and other medications that were of no value.  Defendants removed all current, non-expired medications and left behind old medications to make it appear as though they had complied with the requirement of a 30-days supply.

38.     Defendants have removed, in total, over $190,000 worth of equipment and supplies that were intended to be part of the sale and were not specifically excluded in the Sale Agreement.

39.     Defendants also breached Paragraph 2.1(a) by removing the supplier telephone list from the practice's computers.  This caused significant problems with the functioning of the computers, costing Dr. Houchin $720.69 in repairs.

40.     The Sale Agreement, under Paragraph 6.1(k), required Defendants to operate the practice "in the ordinary manner consistent with its past customs and practices" including requiring Defendants to maintained the Dental Practice's advertising and business generation activities.

41.     Defendants materially breached the Sale Agreement by dramatically curtailing, and even ceasing, the Dental Practice's advertising in the months preceding the sale of the practice.  Despite representing that the practice was driven by new patients and aggressive advertising, Defendants slowed advertising efforts and even failed to mail any advertisement-flyers for at least 2 months before the sale.  This breach caused the average number of new patients to drop more than 75% in the first 2 months following the sale resulting in well over $100,000 of lost profits, increasing as time goes on.

42.     In addition to advertisements via mail, the Sale Agreement included a provision conveying to Plaintiffs the Dental Practice's website, a source for generating and maintaining business, and an item of great value.  The Sale Agreement generally required Defendants to

operate the practice's website "in the ordinary manner consistent with its past customs and

practices" as noted in Paragraphs 6.1(k), but also specifically required:

> § 2.1(d). [T]he assets being sold by Seller to Buyer include all the
> assets, properties and business of the Dental Practice…including:
> (d.) The website, which is owned by an independent company, and which Seller
> shall change prior to the Closing Date, shall be transferred to the Buyer within 5
> days after the Closing Date. Buyer shall have the right to use of the domain name
> … and any associated email addresses for a period of one (1) year from the
> Closing Date. Seller shall provide Buyer the name of the company which owns
> the website before the Closing Date.

43.    Defendants materially breached these provisions by shutting down the website

before March 2, 2010 and never provided Dr. Houchin with the name of the website company.

This failure kept Dr. Houchin from renewing and maintaining the website and resulted in its

removal from the Internet for about 2 months before Dr. Houchin was able to relaunch it.

Defendants' failures have had a lasting impact in that the number of new clients, and new patient

inquiries have decreased dramatically. Additionally, and even more damaging, the website's

"search ranking," which determines a websites priority among results for searches conducted by

Google or similar search engines and based in part on the number of continuous years of activity

on the site, was lost do to the website's cancellation. Despite Dr. Houchin's relaunching of the

website, the 6 years of priority via "search ranking" previously accrued by the website was

completely lost due to the Defendants' breach, severely decreasing the business's overall value

and future profits. Defendants never transferred the email addresses to Plaintiffs.

44.    Also pursuant to the Sale Agreement, Defendants agreed to refund credit balances

owed to patients prior to the closing date.

> Paragraph 6.1(y). [I]f patients have credits of record with Seller,
> said credits shall be the responsibility of Seller. Seller shall refund
> such known credits to the patient(s) on the Closing Date, or within
> thirty (30) business days of whenever said credits shall be made
> known to Seller.

45.    Since the closing, Dr. Houchin has thus far discovered approximately $86,000 of

credits that Defendants failed to refund. Dr. Houchin has identified $41,056.72 credits still listed

in the practice's computer that Defendants simply did not pay. Dr. Houchin also discovered that

on or about December 28, 2009, Dr. Whelan deleted another $46,000 of credits from the

---

COMPLAINT FOR DAMAGES

1  computer, rather than paying them. Dr. Houchin's review of the records gives him cause to

2  believe that there are another $100,000-$200,000 worth of other credits that Defendants never

3  paid.

4        46.    Defendants also purposely destroyed the "audit trail" on the Dental Practice's

5  computer, which essentially hides or erases changes that have been made to patient billing files.

6  Dr. Houchin has learned from the staff at the practice that, during the final weeks before the close

7  of the sale, Defendants spent a large amount of time on the computer eliminating credits from the

8  system.

9        47.    Dr. Houchin believes that there may be thousands of dollars of additional credit

10  balances for patients that have been erased from the computer, exposing Plaintiffs to thousands

11  of dollars of liability to those patients. One patient has already requested a refund of $1,578.60

12  from a December 19, 2005 payment that Defendants never paid and more patients would have

13  that right. Further, Defendants owe those credit refunds to the affected patients under the Sale

14  Agreement.

15        48.    Defendants also breached Paragraph 6.1(m), which stated that "up to the Closing

16  Date, Seller has not increased staff salaries without Buyer's consent." However, upon taking

17  over the practice, Dr. Houchin learned that Ms. Renner had been given an increase from

18  $30/hour, as was represented in Exhibit "G" to the Sale Agreement, to $33/hour, and that

19  Defendants had in fact paid her by way of a separate check for the salary increase right around

20  the time of the closing date. Defendants' violation of this provision has resulted in $6,000 of

21  damages per year to Plaintiffs.

22        49.    Plaintiffs believe Defendants may have breached the Sale Agreement in other

23  respects, subject to proof at the time of trial.

24        50.    As a direct and proximate result of Defendants' conduct and breach of contractual

25  obligations, Plaintiffs suffered damages in an amount to be proven at trial, but likely of at least

26  $900,000. Also as a consequence of Defendants' breach of the Sale Agreement, Plaintiffs have

27  been forced to retain attorneys to represent them in this matter, and are incurring legal fees and

28  costs that Plaintiffs are entitled to recover such fees and costs from Defendants Whelan and

B9155\PLEADINGS\CMPT01

COMPLAINT FOR DAMAGES

1   Whelan Dental Corporation, pursuant to the terms of the Sale Agreement at Paragraph 26.

2        51.    All conditions precedent to Plaintiffs' recovery on this cause of action for breach

3   of contract, if any, have occurred, been met, or have been waived or excused by Plaintiffs'

4   conduct.

5

6                            **SECOND CAUSE OF ACTION**

7           (Breach of Implied Covenant of Good Faith and Fair Dealing)

8        52.    Plaintiffs hereby refer to and incorporate paragraphs 1 through 51 of this

9   complaint as though set forth in this cause of action.

10       53.    California law implies a covenant of good faith and fair dealing in every contract.

11       54.    The Defendants breached the implied covenant of good faith and fair dealing in

12  the Sale Agreement by unfairly interfering with Plaintiffs' right to receive the benefits of the Sale

13  Agreement.  The Defendants acted outside of the terms of the Sale Agreement and with the intent

14  to mislead Plaintiffs as to the condition and profitability of the Dental Practice through bad faith

15  misrepresentations and fraudulent actions.

16       55.    The Defendants' refusal to abide by the terms of the Sale Agreement breaches the

17  implied covenant and unreasonably deprives Plaintiffs of the benefits due under the Sale

18  Agreement.

19       56.    Defendants, and each of them, in the commission of the acts set forth in

20  paragraphs 10-49, violated said covenant by, including but not limited to, consciously and

21  purposely misrepresenting financial and patient records, falsifying financial and patient records,

22  unlawfully removing equipment and supplies from the office after leading Plaintiffs to believe

23  such were included in the sale, failing to operate the practice in an ordinary manner consistent

24  with its past customs and practices, failing to maintain advertising campaigns, failing to maintain

25  and transfer the practice's website, stealing the office's supplies and equipment, accelerating

26  patient treatments, failing to issue patient credits, and everything the Sale Agreement

27  presupposes as necessary to accomplish its purpose.

28       57.    All conditions necessary for Defendants' performance have occurred.

B9155\PLEADINGS\CMPT01

11

COMPLAINT FOR DAMAGES

58.    As a direct and proximate result of Defendants' breach of the implied covenant of good faith and fair dealing, Plaintiffs have incurred and will continue to incur damages in an amount to be proven at trial.

## THIRD CAUSE OF ACTION

### (Fraud)

59.    Plaintiffs hereby refer to and incorporate paragraphs 1 through 58 of this complaint as though fully set forth in this cause of action.

60.    Defendants, and each of them, misrepresented to Plaintiffs that the financial records, patient records, and other assertions, whether oral or written, were true, correct, and complete despite knowledge that these assertions were false and that Defendants knew the falsity of these records at the time they were made. For example, Defendants, and each of them, intentionally added entries to the patient ledgers which reflected work being done on alleged "patients" of the practice which were not, in fact, ever performed and added references to the financial records of the practice purporting to receive payments for work that was never performed and, thus, for payments that were never actually made. Defendants did this to artificially increase the total sales of the practice and then intentionally represented these financial records to be accurate to Plaintiffs to deceive them into believing that the practice was earning more money than it was and, thus, to induce Plaintiffs to purchase the practice and/or to purchase the practice for an amount higher than the actual value of the practice.

61.    Similarly, Defendants engaged in unlawful business practices while renting the Dental Practice, such as charging patients and/or their insurance companies for higher quality materials such as high Noble metals when, in fact, non-precious metals were actually ordered by Defendants from the labs and provided to the patients. Defendants nonetheless represented to Plaintiffs that the practice had been run in a lawful manner and that the financial records of the practice contained legal and proper charges to insurers and/or patients, all the while knowing that these charges were fraudulently high and that Plaintiffs could not expect to earn the same income by running the practice legally.

62.     Defendants further falsified their appointment calendar by adding "phony patients" through and including several months into 2010 to deceive Plaintiffs into believing that there were more scheduled appointments than were actually set. Defendants made this documentary representation so that Plaintiffs would see it and rely upon it when reviewing the books prior to making the purchase and when deciding whether and how much to pay for the practice, but Defendants then deleted those appointments after that time and prior to the closing of escrow to cover up their fraud.

63.     Defendants further knew that the Sale Agreement required them to reimburse any "credit refunds" due patients as part of the Sale Agreement but nonetheless falsified their financial records to delete any owed "credit refunds" to patients from the system in order to avoid actually paying those "patient refunds." By doing this, Defendants intentionally misrepresented to Plaintiffs that such "credit refunds" had been paid and that such liability had been satisfied, even though Defendants knew that this liability of the practice still existed as to more than $80,000 worth of "credit refunds" due patients. Defendants intentionally attempted to cover up their fraud by deleting the "credit refunds" due patients from the computer prior to Plaintiffs taking actual possession of the practice. Defendants did this with the intent to deceive Plaintiffs from being able to discover the extent and amount of "credit refunds" due patients, which had not in fact been paid by Defendants. Defendants further attempted to cover up their fraud by deleting the "audit trail" on the computer as to these and other changes made by Plaintiffs to the financial records of the practice.

64.     Defendants also fraudulently represented and induced Plaintiffs to believe that all or a vast majority of the dental equipment and supplies in the office would be included as part of the Sale Agreement by representing as much in the specific terms of the Sale Agreement, as set forth in detail above in Paragraphs 26-31. However, Defendants then removed these assets from the practice after the closing date of the practice on Friday, February 19, 2010 and prior to Plaintiffs taking actual possession of the practice on Monday, February 22, 2010. Defendants purposely included in the Sale Agreement an exception for property of Elite Dental so that they could later claim that the equipment belonged to Elite Dental and, thus, was excluded from the

1   sale, however, knowing the entire time that the equipment had never belonged to nor was ever

2   purchased by or owned by Elite Dental. The true facts are that the equipment at issue was

3   purchased by Defendants and, thus, was owned by the practice and included to be sold as part of

4   the Sale Agreement. Said removal of such equipment from the office also nearly cost the life of

5   one of the patients of the practice who had been scheduled by Dr. Whelan for work to be

6   performed after the closing date of sale and which work required Plaintiffs to use specialized

7   equipment to monitor the patient's vital signs during the dental work. Defendants removed this

8   equipment with reckless disregard and/or knowing that the patient would arrive at the office pre-

9   sedated with medications previously prescribed by Dr. Whelan and knowing that Dr. Houchin

10  could not perform the work with the particular equipment missing. Defendants similarly

11  intentionally left expired medications in the office and took current medications from the office

12  even though they knew they were supposed to leave an adequate supply of medications for Dr.

13  Houchin's use. This conduct intentionally and unnecessarily exposed Plaintiffs' patients to

14  possible injury should the medications be given to patients without confirming the expiration

15  date and such conduct was done in conscious disregard of the well-being of the patients.

16      65.   Plaintiffs believe that Defendants further made fraudulent misrepresentations to

17  them by claiming that the ongoing monthly advertisements were being sent each month but that

18  Defendants did not, in fact, continue their regular practice of sending these advertisements,

19  thereby knowing that Plaintiffs could not expect the anticipated number of "new patients"

20  generated from such advertisements. This was a material misrepresentation because Defendants

21  were aware that the practice generally thrived on the "new patients" generated as a result of these

22  flyers and that the failure to send these flyers would be devastating to any buyer of the practice.

23  Defendants also misrepresented the number of flyers sent each month, in order to induce

24  Plaintiffs into believing that the cost to continue such advertising would be cheaper.

25      66.   Plaintiffs believe that Defendants have engaged in other intentional

26  misrepresentations designed to induce Plaintiffs to enter into the Sale Agreement of the Dental

27  Practice and/or to enter into the Sale Agreement at a higher price than was warranted for this

28  practice, according to proof at the time of trial.

67.     Defendants made these representations with intent to defraud Plaintiffs, and with the purpose of inducing Plaintiffs to rely upon these statements in the execution of the Sale Agreement.

68.     Plaintiffs were unaware of the falsity of these representations and acted in reliance upon the alleged truth of these representations.

69.     As a result of Plaintiffs' reliance upon the truth of the representations, Plaintiffs have sustained significant damages.  Plaintiffs are further entitled to punitive damages for Defendants' conduct.

## FOURTH CAUSE OF ACTION

### (Declaratory Relief)

70.     Plaintiffs hereby refer to and incorporate paragraphs 1 through 69 of this complaint as though fully set forth in this cause of action.

71.     As set forth above in paragraphs, there is ongoing and pending dispute between the Parties with regard to the proper interpretation and application of the Parties' respective rights and duties under Paragraph 8.2 with regard to their obligations pertaining to dental work of patients treated by Dr. Whelan prior to the sale, whose work now needs to be repaired or re-done. Specifically, Paragraph 8.2 provides as follows:

> If Buyer and Seller mutually agree to the necessity of redoing or repairing dental work on Seller's patients and if Seller accepts responsibility for the same, (which responsibility Seller shall accept if it could reasonably be determined by sufficient evidence such as x-rays, entries to the patient's chart, and/or inter-oral camera pictures that the need for such work is the result of an act or omission of Seller or any of Seller's employees, agents or contractors prior to the closing), then Seller shall elect either:
> (a)     That Buyer may do such work and may charge Seller for such work based on fifty percent (50%) of the actual fee paid by the patient and/or insurance provider plus the associated lab fees or
> (b)     that such work shall be performed by Seller or an associate of Seller utilizing Buyer's office to perform such work.  Seller shall schedule such work during a time mutually agreed upon and Seller shall be responsible for the lab fees associated with such work, but shall not otherwise be charged for use of Buyer's office, supplies and materials, equipment, instruments or staff.

72.     Thus, pursuant to Paragraph 8.2, the Parties agreed that Defendants would have the right to elect to perform such repair or re-do work on patients themselves or, in the alternative, Defendants could elect to have Dr. Houchin perform such work at a rate of 50% of the actual fee chargeable for such work, plus associated lab fees, and that Defendants would reimburse Dr. Houchin at that rate for such work.  However, a dispute has arisen between the Parties as to their rights and obligations when Defendants have elected to perform such repair or re-do work themselves yet the patients have refused to allow Defendants to do such work.  In such circumstance, Plaintiffs submit that the only reasonable and proper interpretation of the Sale Agreement is that due to the impossibility of Defendants' election to perform the work themselves, it is incumbent upon Defendants to pay Dr. Houchin 50% of the actual fee owed for such work, plus associated lab fees under Paragraph 8.2(a) and to otherwise permit Dr. Houchin to do the work on his patients.

73.     Defendants, on the other hand, have taken the position that the election right of Defendants is absolute under the Sale Agreement, and that such a patient should be forced to have the work done by Defendants and, if they refuse, that the patient be required to pay Dr. Houchin 100% of the cost for such repair work and that Dr. Houchin has no rights or remedies under the Sale Agreement for any reimbursement from Defendants for such work.

74.     Therefore, a dispute and controversy has now arisen and now exists between the parties with regard to Dr. Houchin's ability to perform the required repair or re-do work of his own patients and to then obtain reimbursement pursuant to Paragraph 8.2(a) from Defendants.  A declaration by the court on this issue regarding the duties and obligations of the parties under the Sale Agreement relating to such situations is presently necessary and appropriate so that the parties can ascertain their respective rights and duties with regard to their contractual obligations under Paragraph 8.2 of the Sale Agreement.

75.     Accordingly, Plaintiffs pray for a declaratory order by this court that, for any patient repair or re-do work that Defendants agree needs to be performed and for which Defendants take responsibility under Paragraph 8.2, and for which Defendants have elected to perform the work under Paragraph 8.2(b) but such patients have refused to allow Defendants to

1    perform such work, that Plaintiffs be entitled to receive from Defendants 50% of the normal fee

2    or charges for such work, plus associated laboratory fees at the reimbursement rate of 100%, for

3    performing that work. (Note to comply with the intent of the Sale Agreement, Dr. Houchin

4    would not charge the patients for this work and would agree to accept the allowances provided

5    under Paragraph 8.2(a) as payment in full for such repair and/or re-do work.)

6

7                          **FIFTH CAUSE OF ACTION**

8                          (Rescission of Sale Agreement)

9          76.    Plaintiffs hereby refer to and incorporate paragraphs 1 through 75 of this

10   complaint as though fully set forth in this cause of action.

11         77.    As a result of Defendants' fraudulent activity, Plaintiffs enjoy the right to seek

12   damages and, if they so desire, to seek rescission of the subject Sale Agreement under Civil Code

13   Section 1689(b)(1).

14         78.    Plaintiffs entered into the Sale Agreement and consented to the terms therein only

15   based upon the fraudulent representations made by Defendants.

16         79.    Had Plaintiffs been aware of Defendants' fraudulent representations, they would

17   not have consented to the Sale Agreement or entered into it based on those terms.

18         80.    Based upon the intentional acts of deception, misrepresentation and fraud engaged

19   in by Defendants in order to induce Plaintiffs to enter into the Sale Agreement, Plaintiffs are

20   entitled to rescind the Sale Agreement and are further entitled to an order by this Court declaring

21   the Sale Agreement rescinded, and to return of any consideration paid as part of the Sale

22   Agreement and for damages caused to Plaintiffs as a result of the need for rescission.

23         81.    Pursuant to the terms of the Sale Agreement, Plaintiffs are also entitled to an

24   award of his reasonable attorney's fees and costs incurred as a result of Defendants' conduct.

25         WHEREFORE, Plaintiffs ROBERT JAMES HOUCHIN, D.D.S., and ROBERT JAMES

26   HOUCHIN, D.D.S., a Professional Dental Corporation, pray for judgment against Defendants,

27   and each of them as follows:

28         1.  Damages in the amount of no less than $900,000, plus pre-judgment interest and

B915S\PLEADINGS\CMPT01                              17

1    post-judgment interest at the maximum legal rate from the date of said judgment;

2    2.  For a declaratory order that Plaintiffs are entitled to 50% of the normal charges for

3    any repair or re-do work, plus 100% of laboratory fees, under Paragraph 8.2(a) of the

4    Sale Agreement for any repair or re-do work acknowledged by Defendants under

5    Paragraph 8.2 and for which Defendants have made an election under Subparagraph

6    (b) but such patient(s) refused to allow Defendants to perform such work;

7    3.  For rescission of the Sale Agreement and return of any consideration paid;

8    4.  For general damages in an amount in excess of the minimal jurisdiction of this court

9    and to be determined at trial;

10    5.  For punitive damages;

11    6.  For attorney's fees and costs of suit incurred herein; and

12    7.  For such other and further relief as the court deems just and proper.

13

14

     Dated:  September 24, 2010
15

16                          DEMLER, ARMSTRONG & ROWLAND, LLP

17

18                          _____
                            JAMES P. LEMIEUX
19                          Attorneys for Plaintiffs Robert J. Houchin; Robert
                            James Houchin, D.D.S., a Professional Dental
20                          Corporation.

21

22

23

24

25

26

27

28

B9155\PLEADINGS\CMPT01                              18

COMPLAINT FOR DAMAGES

EXHIBIT "B"

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

NOV 10 2014

ALAN CARLSON, Clerk of the Court
*D. Lamm*
BY D. LAMM

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
11/06/2014 at 03:31:59 PM
Clerk of the Superior Court
By Fidel Ibarra, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| KENNETH G. WHELAN, JR. D.D.S., an individual, KEN WHELAN, D.D.S., a Dental Corporation, a California corporation, | NO. 30-2010-00389304<br>[Consolidated with NO. 30-2010-00411759] |
| Plaintiffs, | Judge: Derek W. Hunt<br>Dept.: "C24" |
| vs. | |
| ROBERT JAMES HOUCHIN, D.D.S., an individual, ROBERT JAMES HOUCHIN, D.D.S., a Professional Dental Corporation, a California corporation, GINA LIM RENNER, an individual, and DOES 1 through 100, inclusive, | [PROPOSED] JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT |
| Defendants. | Complaint Filed:   July 13, 2010<br>Trial Date:            September 24, 2012<br>[commenced October 4, 2012] |
| AND RELATED ACTION. | |

The cross-action of the Houchin parties in this matter was called for a jury trial on October 4, 2012 and a 2-phase jury trial commenced shortly thereafter, with the second phase concluding on November 13, 2012. In Phase 1 of the trial, the jury answered the special verdict questions as follows:

///

B9155A\TRIALJUDMT01BSTIPREV

[PROPOSED] JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT

**QUESTION NO. 1:**

Has plaintiff Dr. Houchin proved by a preponderance of the evidence that Dr. Whelan fraudulently induced him to enter into the February 2010 sale contract?

Yes _√_                    No ____

**QUESTION NO. 2:**

Has plaintiff proved by a clear and convincing evidence that defendant acted with fraud, oppression or malice toward plaintiff in respect to the contractual inducement?

Yes _√_                    No ____

**QUESTION NO. 3:**

Which, if any, of the following contractual provisions has Dr. Houchin proved by a preponderance of the evidence that Dr. Whelan breached? .

|     |                                                         |          |        |
|-----|---------------------------------------------------------|----------|--------|
| (a) | Section 2.1(b) or 6.1(b) (equipment):                   | Yes √    | No ___ |
| (b) | Section 2.1(b) or 6.1(f) (supplies):                    | Yes √    | No ___ |
| (c) | Section 2.1(f) or 4.1 (accounts receivable):            | Yes √    | No ___ |
| (d) | Section 6.1(j) (untrue statements; misleading omissions):| Yes √    | No ___ |
| (e) | Section 6.1(l) or 6.1(q) (patient or financial records):| Yes √    | No ___ |
| (f) | Section 6.1(m) (increased salaries):                    | Yes ___  | No √   |
| (g) | Section 6.1(w) (improper billings):                     | Yes √    | No ___ |
| (h) | Section 6.1(x) (operated practice in ordinary manner):  | Yes √    | No ___ |
| (i) | Section 6.1(y) (credit refunds):                        | Yes √    | No ___ |

In Phase 2 of the trial, the jury answered the special verdict questions as follows:

**QUESTION NO. 1:**

State the total amount of Dr. Houchin's damages as proved by Dr. Houchin by a preponderance of the evidence:

$1,863,000

///

[PROPOSED] JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT

**QUESTION NO. 2:**

Without exceeding the figure you gave in Question No. 1, and without deducting for possible overlaps with your answer to Question No. 3, state the amount of Dr. Houchin's damages which you find were attributable to Dr. Whelan's fraudulent inducement?

$1,863,000

**QUESTION NO. 3:**

Without exceeding the figure you gave in Question No. 1, and without deducting for possible overlaps with your answer to Question No. 2, state the amount of Dr. Houchin's damages which you find were attributable to Dr. Whelan's breach of contract:

$186,000

Based on the above special verdict reached by the jury in favor of plaintiffs Robert J. Houchin and Robert James Houchin, D.D.S., a Professional Dental Corporation, it is hereby ordered, adjudged and decreed that judgment on the cross-action be rendered for plaintiffs Robert J. Houchin and Robert James Houchin, D.D.S., a Professional Dental Corporation and against defendants Kenneth G. Whelan, Jr. D.D.S. and Ken Whelan, D.D.S., a Dental Corporation, in the amount of $1,862,999 on the claim for fraudulent inducement and $1 on the claim for breach of contract, for a total judgment on the verdict in the amount of $1,863,000, with plaintiffs Robert J. Houchin and Robert James Houchin, D.D.S., a Professional Dental Corporation further entitled to recover their attorney fees in the amount of $332,185.00 (which sum has been paid as of January 2013 by the Whelan defendants); and ordinary costs in the amount of $15,456.45.

Further, based on the prior dismissal of the complaint in this action by plaintiffs Kenneth G. Whelan, Jr. D.D.S. and Ken Whelan, D.D.S., a Dental Corporation, defendants Robert J. Houchin and Robert James Houchin, D.D.S., a Professional Dental Corporation, it is hereby ordered, adjudged and decreed that, with regard to the judgment of dismissal on the complaint, defendants Robert J. Houchin and Robert James Houchin, D.D.S., a Professional Dental Corporation are entitled to recover their attorney fees in the amount of $185,494.00; and ordinary

[PROPOSED] JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT

1    costs in the amount of $36,140.92.

2        Judgment to also include accrued interest, at the legal rate of 10%, in the amount of

3    $ 334,604.44.

4

5

6        JUDGMENT IS SO ORDERED AND ENTERED ON THIS DATE.

7    DATED: _____11-10-14_____, 2013

8

9        Judge of the Superior Court

10        TIMOTHY J. STAFFORD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

139135A\TRIAL\JUDG\T01B\STIPREV                    4

[PROPOSED] JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT

EXHIBIT "C"

Case Summary:

| | |
|---|---|
| Case Id: | 30-2010-00411759-CU-BC-CJC |
| Case Title: | ROBERT JAMES HOUCHIN, DDS VS. KENNETH G WHELAN, DDS |
| Case Type: | BREACH OF CONTRACT/WARRANTY |
| Filing Date: | 09/27/2010 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | 09/27/2010 | | 63 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | 09/27/2010 | | 1 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | 09/27/2010 | | 2 pages | ☐ |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER MCEACHEN, DAVID ON 09/27/2010. | 09/27/2010 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY FOR 133- COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 355.00, TRANSACTION NUMBER 10736754 AND RECEIPT NUMBER 10560646. | 09/27/2010 | | 1 pages | ☐ |
| 6 | PROOF OF SERVICE OF SUMMONS FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/25/2010 | 10/25/2010 | | 2 pages | ☐ |
| 7 | PROOF OF SERVICE OF SUMMONS FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/25/2010 | 10/25/2010 | | 2 pages | ☐ |
| 8 | DEMAND FOR JURY TRIAL FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 10/25/2010 | 10/25/2010 | | 1 pages | ☐ |
| 9 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/07/2011 AT 09:00:00 AM IN C21 AT CENTRAL JUSTICE CENTER. | 10/27/2010 | | 2 pages | ☐ |
| 10 | E-FILING TRANSACTION 218226 RECEIVED ON 11/22/2010 11:06:29 AM. | 11/22/2010 | | NV | |
| 11 | ANSWER TO COMPLAINT FILED BY WHELAN, DDS, KENNETH G JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 11/22/2010 | 11/22/2010 | | 9 pages | ☐ |
| 12 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER, 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 790.00, TRANSACTION NUMBER 10777476 AND RECEIPT NUMBER 10601368. | 11/22/2010 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 13 | NOTICE - OTHER (OD CASE MANAGEMENT CONFERENCE) FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 12/08/2010 | 12/08/2010 | | 6 pages | ☐ |
| 14 | CASE MANAGEMENT STATEMENT FILED BY HOUCHIN, DDS, ROBERT JAMES ON 01/14/2011 | 01/14/2011 | | 5 pages | ☐ |
| 15 | NOTICE OF RELATED CASE FILED BY HOUCHIN, DDS, ROBERT JAMES ON 01/14/2011 | 01/14/2011 | | 3 pages | ☐ |
| 16 | MINUTES FINALIZED FOR CHAMBERS WORK 01/20/2011 01:46:00 PM. | 01/20/2011 | | 1 pages | ☐ |
| 17 | CASE REASSIGNED TO DEREK HUNT EFFECTIVE 01/20/2011. | 01/20/2011 | | NV | |
| 18 | CLERK'S CERTIFICATE OF SERVICE BY MAIL (MINUTE ORDER) GENERATED | 01/20/2011 | | 1 pages | ☐ |
| 19 | CASE MANAGEMENT CONFERENCE REASSIGNED TO C24 AT CENTRAL JUSTICE CENTER ON 02/04/2011 AT 08:30:00 AM. | 01/20/2011 | | NV | |
| 20 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/04/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | NV | |
| 21 | ORDER TO SHOW CAUSE SCHEDULED FOR 02/04/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | NV | |
| 22 | E-FILING TRANSACTION 225164 RECEIVED ON 01/21/2011 02:16:36 PM. | 01/21/2011 | | NV | |
| 23 | CASE MANAGEMENT STATEMENT FILED BY WHELAN, DDS, KENNETH G JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 01/21/2011 | 01/21/2011 | | 6 pages | ☐ |
| 24 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (JUDGE: DEREK W. HUNT) FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 02/03/2011 | 02/03/2011 | | 7 pages | ☐ |
| 25 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (JUDGE: DEREK W. HUNT) FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 02/03/2011 | 02/03/2011 | | 3 pages | ☐ |
| 26 | ORDER TO SHOW CAUSE SCHEDULED FOR 02/18/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/04/2011 | | NV | |
| 27 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/18/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/04/2011 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 28 | ORDER TO SHOW CAUSE CONTINUED TO 02/18/2011 AT 08:30 AM IN THIS DEPARTMENT. | 02/04/2011 | | *NV* | |
| 29 | CASE MANAGEMENT CONFERENCE CONTINUED TO 02/18/2011 AT 08:30 AM IN THIS DEPARTMENT. | 02/04/2011 | | *NV* | |
| 30 | MINUTES FINALIZED FOR MULTIPLE EVENTS 02/04/2011 08:30:00 AM. | 02/04/2011 | | 1 pages | ☐ |
| 31 | THE COURT ORDERS THE FOLLOWING CASES CONSOLIDATED FOR ALL PURPOSES: 30-2010-00411759 HOUCHIN VS. WHELAN AND #30-2010-00389304 WHELAN VS. HOUCHIN. THE COURT DESIGNATES 30-2010-00389304 WHELAN VS. HOUCHIN AS THE LEAD CASE AND ALL FURTHER DOCUMENTS MUST BE FILED UNDER THE CASE NUMBER AND CAPTION OF THE LEAD CASE. | 02/04/2011 | | *NV* | |
| 32 | MINUTES FINALIZED FOR CHAMBERS WORK 02/04/2011 11:26:00 AM. | 02/04/2011 | | 1 pages | ☐ |
| 33 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 02/04/2011 | | 1 pages | ☐ |
| 35 | CASE CONSOLIDATED ON 02/04/2011. 30-2010-00389304-CU-BC-CJC IS DESIGNATED THE LEAD CASE. | 02/04/2011 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| ROBERT JAMES HOUCHIN, DDS, A PROFESSIO | PLAINTIFF | | 09/27/2010 | |
| KENNETH G WHELAN, DDS | DEFENDANT | | 09/27/2010 | |
| DLA PIPER LLP | ATTORNEY | | 11/22/2010 | |
| DEMLER ARMSTRONG & ROWLAND | ATTORNEY | | 09/27/2010 | |
| ROBERT JAMES HOUCHIN, DDS | PLAINTIFF | | 09/27/2010 | |
| KENWHELAN, DDS, A DENTAL CORPORATION | DEFENDANT | | 09/27/2010 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page

Case Summary:

| | |
|---|---|
| Case Id: | 30-2010-00389304-CU-BC-CJC |
| Case Title: | KENNETH G. WHELAN, D.D.S. VS. ROBERT JAMES HOUCHIN, D.D.S. |
| Case Type: | BREACH OF CONTRACT/WARRANTY |
| Filing Date: | 07/13/2010 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 07/13/2010 | 07/13/2010 | | 17 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 07/13/2010 | 07/13/2010 | | 1 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 07/13/2010 | 07/13/2010 | | 1 pages | ☐ |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER HUNT, DEREK ON 07/13/2010. | 07/13/2010 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY FOR 133- COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 355.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10505266. | 07/13/2010 | | 1 pages | ☐ |
| 6 | PROOF OF SERVICE OF SUMMONS FILED BY WHELAN, D.D.S., KENNETH G. JR ON 07/20/2010 | 07/20/2010 | | 1 pages | ☐ |
| 7 | PROOF OF SERVICE OF SUMMONS FILED BY WHELAN, D.D.S., KENNETH G. JR ON 07/20/2010 | 07/20/2010 | | 1 pages | ☐ |
| 8 | PROOF OF SERVICE OF SUMMONS FILED BY WHELAN, D.D.S., KENNETH G. JR ON 07/20/2010 | 07/20/2010 | | 1 pages | ☐ |
| 9 | DEMURRER TO COMPLAINT FILED BY RENNER, GINA L.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 08/13/2010 | 08/13/2010 | | 26 pages | ☐ |
| 10 | MOTION TO STRIKE FILED BY RENNER, GINA L.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 08/13/2010 | 08/13/2010 | | 9 pages | ☐ |
| 11 | PAYMENT RECEIVED BY FOR 133- COMPLAINT OR OTHER 1ST PAPER, 133- COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 710.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10528840. | 08/13/2010 | | 1 pages | ☐ |
| 12 | PAYMENT RECEIVED BY FOR 134- ANSWER OR OTHER 1ST PAPER, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 395.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10528848. | 08/13/2010 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 13 | DEMURRER TO COMPLAINT SCHEDULED FOR 09/15/2010 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/13/2010 | | *NV* | |
| 14 | MOTION TO STRIKE SCHEDULED FOR 09/14/2010 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/13/2010 | | *NV* | |
| 15 | OPPOSITION (MOTION TO STRIKE) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/01/2010 | 09/01/2010 | | 8 pages | ☐ |
| 16 | OPPOSITION (TO DEMURRER) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/01/2010 | 09/01/2010 | | 7 pages | ☐ |
| 18 | MOTION TO STRIKE SCHEDULED FOR 09/15/2010 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 09/07/2010 | | *NV* | |
| 19 | MINUTES FINALIZED FOR MULTIPLE EVENTS 09/15/2010 08:30:00 AM. | 09/16/2010 | | 1 pages | ☐ |
| 20 | REPLY TO OPPOSITION FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION; RENNER, GINA L. ON 09/08/2010 | 09/08/2010 | | 11 pages | ☐ |
| 21 | REPLY TO OPPOSITION FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION; RENNER, GINA L. ON 09/08/2010 | 09/08/2010 | | 5 pages | ☐ |
| 22 | NOTICE OF RULING FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/21/2010 | 09/21/2010 | | 4 pages | ☐ |
| 23 | ANSWER TO COMPLAINT FILED BY HOUCHIN, D.D.S., ROBERT J.; RENNER, GINA L.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | 09/27/2010 | | 5 pages | ☐ |
| 24 | MOTION FOR PROTECTIVE ORDER FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION; WHELAN, D.D.S., KENNETH G. JR ON 10/21/2010 | 10/21/2010 | | 11 pages | ☐ |
| 25 | MOTION FOR PROTECTIVE ORDER SCHEDULED FOR 11/18/2010 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/21/2010 | | *NV* | |
| 26 | DECLARATION IN SUPPORT FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION; WHELAN, D.D.S., KENNETH G. JR ON 10/21/2010 | 10/21/2010 | | 79 pages | ☐ |
| 27 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10755153 AND RECEIPT NUMBER 10579045. | 10/21/2010 | | 1 pages | ☐ |
| 28 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, | 11/03/2010 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | TRANSACTION NUMBER 10764530 AND RECEIPT NUMBER 10588422. | | | | |
| 29 | NOTICE OF CONTINUANCE (MOTION) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 11/03/2010 | 11/03/2010 | | 3 pages | ☐ |
| 30 | MINUTES FINALIZED FOR CHAMBERS WORK 11/08/2010 09:38:00 AM. | 11/08/2010 | | 1 pages | ☐ |
| 31 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 11/08/2010 | | 1 pages | ☐ |
| 32 | MOTION FOR PROTECTIVE ORDER RESCHEDULED FOR 12/21/2010 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/18/2010 | | *NV* | |
| 33 | MOTION FOR PROTECTIVE ORDER SCHEDULED FOR 12/21/2010 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/18/2010 | | *NV* | |
| 34 | MOTION FOR PROTECTIVE ORDER CONTINUED TO 12/21/2010 AT 08:30 AM IN THIS DEPARTMENT. | 11/18/2010 | | *NV* | |
| 35 | MINUTES FINALIZED FOR MOTION FOR PROTECTIVE ORDER 11/18/2010 08:30:00 AM. | 11/18/2010 | | 1 pages | ☐ |
| 36 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 01/28/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/30/2010 | | 2 pages | ☐ |
| 37 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 10790847 AND RECEIPT NUMBER 10614739. | 12/10/2010 | | 1 pages | ☐ |
| 38 | MINUTES FINALIZED FOR CHAMBERS WORK 12/13/2010 01:39:00 PM. | 12/13/2010 | | 1 pages | ☐ |
| 39 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 12/13/2010 | | 1 pages | ☐ |
| 40 | REPLY TO MOTION FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION; WHELAN, D.D.S., KENNETH G. JR ON 12/14/2010 | 12/14/2010 | | 32 pages | ☐ |
| 41 | MOTION TO QUASH FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION; WHELAN, D.D.S., KENNETH G. JR ON 12/15/2010 | 12/15/2010 | | 20 pages | ☐ |
| 42 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10794741 AND RECEIPT NUMBER 10618633. | 12/15/2010 | | 1 pages | ☐ |
| 43 | MOTION TO QUASH SCHEDULED FOR 01/27/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/15/2010 | | *NV* | |
| 44 | SEPARATE STATEMENT FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 12/15/2010 | 12/15/2010 | | 12 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 45 | DECLARATION IN SUPPORT FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 12/15/2010 | 12/15/2010 | | 47 pages | ☐ |
| 46 | MINUTES FINALIZED FOR MOTION FOR PROTECTIVE ORDER 12/21/2010 08:30:00 AM. | 12/21/2010 | | 1 pages | ☐ |
| 47 | OPPOSITION (TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION; RENNER, GINA L. ON 12/08/2010 | 12/08/2010 | | 49 pages | ☐ |
| 48 | NOTICE OF RULING FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 12/27/2010 | 12/23/2010 | | 10 pages | ☐ |
| 49 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 10803791 AND RECEIPT NUMBER 10627683. | 12/29/2010 | | 1 pages | ☐ |
| 50 | TEMPORARY PROTECTIVE ORDER (STIPULATED PROTECTIVE ORDER) SUBMITTED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION REJECTED ON 01/03/2011. | 01/03/2011 | | 1 pages | ☐ |
| 51 | E-FILING TRANSACTION 223790 RECEIVED ON 01/12/2011 12:40:44 PM. | 01/13/2011 | | NV | |
| 52 | NOTICE OF CONTINUANCE (OF PLAINTIFF'S MOTION TO QUASH DEPOSITION SUBPOENAS) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 01/12/2011 | 01/12/2011 | | 6 pages | ☐ |
| 53 | E-FILING TRANSACTION 11105 RECEIVED ON 01/14/2011 06:04:23 PM. | 01/18/2011 | | NV | |
| 54 | CASE MANAGEMENT STATEMENT FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 01/18/2011 | 01/18/2011 | | 6 pages | ☐ |
| 55 | CASE MANAGEMENT STATEMENT FILED BY HOUCHIN, D.D.S., ROBERT J. ON 01/14/2011 | 01/14/2011 | | 5 pages | ☐ |
| 56 | NOTICE OF RELATED CASE FILED BY HOUCHIN, D.D.S., ROBERT J. ON 01/14/2011 | 01/14/2011 | | 3 pages | ☐ |
| 57 | ORDER TO SHOW CAUSE SCHEDULED FOR 02/04/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | NV | |
| 58 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/04/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | NV | |
| 59 | RELATED CASES INCLUDE: 30-2010-00411759 HOUCHIN VS. WHELAN. | 01/20/2011 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 60 | THE ORDER TO SHOW CAUSE IS SCHEDULED FOR 02/04/2011 AT 08:30 AM IN DEPARTMENT C24. | 01/20/2011 | | *NV* | |
| 61 | THE CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR 02/04/2011 AT 08:30 AM IN DEPARTMENT C24. | 01/20/2011 | | *NV* | |
| 62 | MINUTES FINALIZED FOR CHAMBERS WORK 01/20/2011 01:46:00 PM. | 01/20/2011 | | 1 pages | ☐ |
| 63 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 01/20/2011 | | 1 pages | ☐ |
| 64 | MOTION TO QUASH SCHEDULED FOR 02/17/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/27/2011 | | *NV* | |
| 65 | MOTION TO QUASH CONTINUED TO 02/17/2011 AT 08:30 AM IN THIS DEPARTMENT. | 01/27/2011 | | *NV* | |
| 66 | MINUTES FINALIZED FOR MOTION TO QUASH 01/27/2011 08:30:00 AM. | 01/27/2011 | | 1 pages | ☐ |
| 67 | MINUTES FINALIZED FOR MOTION TO QUASH 2011-01-27 08:30:00.0. | 01/27/2011 | | *NV* | |
| 68 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 01/28/2011 08:30:00 AM. | 01/28/2011 | | 1 pages | ☐ |
| 69 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 10824459 AND RECEIPT NUMBER 10648351. | 01/28/2011 | | 1 pages | ☐ |
| 70 | MINUTES FINALIZED FOR CHAMBERS WORK 01/31/2011 11:57:00 AM. | 01/31/2011 | | 1 pages | ☐ |
| 71 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 01/31/2011 | | 1 pages | ☐ |
| 72 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/18/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/04/2011 | | *NV* | |
| 73 | ORDER TO SHOW CAUSE SCHEDULED FOR 02/18/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/04/2011 | | *NV* | |
| 74 | CASE MANAGEMENT CONFERENCE CONTINUED TO 02/18/2011 AT 08:30 AM IN THIS DEPARTMENT. | 02/04/2011 | | *NV* | |
| 75 | ORDER TO SHOW CAUSE CONTINUED TO 02/18/2011 AT 08:30 AM IN THIS DEPARTMENT. | 02/04/2011 | | *NV* | |
| 76 | MINUTES FINALIZED FOR MULTIPLE EVENTS 02/04/2011 08:30:00 AM. | 02/04/2011 | | 1 pages | ☐ |
| 78 | COMPLAINT FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | 09/27/2010 | | 63 pages | ☐ |
| 79 | SUMMONS ISSUED AND FILED FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, | 09/27/2010 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | DDS, A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | | | | |
| 80 | CIVIL CASE COVER SHEET FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 09/27/2010 | 09/27/2010 | | 2 pages | ☐ |
| 81 | CASE ASSIGNED TO JUDICIAL OFFICER MCEACHEN, DAVID ON 09/27/2010. | 09/27/2010 | | 1 pages | ☐ |
| 82 | PAYMENT RECEIVED BY FOR 133- COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 355.00, TRANSACTION NUMBER 10736754 AND RECEIPT NUMBER 10560646. | 09/27/2010 | | 1 pages | ☐ |
| 83 | PROOF OF SERVICE OF SUMMONS FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/25/2010 | 10/25/2010 | | 2 pages | ☐ |
| 84 | PROOF OF SERVICE OF SUMMONS FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/25/2010 | 10/25/2010 | | 2 pages | ☐ |
| 85 | DEMAND FOR JURY TRIAL FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 10/25/2010 | 10/25/2010 | | 1 pages | ☐ |
| 86 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/07/2011 AT 09:00:00 AM IN C21 AT CENTRAL JUSTICE CENTER. | 10/27/2010 | | 2 pages | ☐ |
| 87 | ANSWER TO COMPLAINT FILED BY WHELAN, DDS, KENNETH G JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 11/22/2010 | 11/22/2010 | | 9 pages | ☐ |
| 88 | E-FILING TRANSACTION 218226 RECEIVED ON 11/22/2010 11:06:29 AM. | 11/22/2010 | | *NV* | |
| 89 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER, 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 790.00, TRANSACTION NUMBER 10777476 AND RECEIPT NUMBER 10601368. | 11/22/2010 | | 1 pages | ☐ |
| 90 | NOTICE - OTHER (OD CASE MANAGEMENT CONFERENCE) FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 12/08/2010 | 12/08/2010 | | 6 pages | ☐ |
| 91 | CASE MANAGEMENT STATEMENT FILED BY HOUCHIN, DDS, ROBERT JAMES ON 01/14/2011 | 01/14/2011 | | 5 pages | ☐ |
| 92 | NOTICE OF RELATED CASE FILED BY HOUCHIN, DDS, ROBERT JAMES ON 01/14/2011 | 01/14/2011 | | 3 pages | ☐ |
| 93 | MINUTES FINALIZED FOR CHAMBERS WORK 01/20/2011 01:46:00 PM. | 01/20/2011 | | 1 pages | ☐ |
| 94 | CASE REASSIGNED TO DEREK HUNT EFFECTIVE 01/20/2011. | 01/20/2011 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 95 | CLERK'S CERTIFICATE OF SERVICE BY MAIL (MINUTE ORDER) GENERATED | 01/20/2011 | | 1 pages | ☐ |
| 96 | CASE MANAGEMENT CONFERENCE REASSIGNED TO C24 AT CENTRAL JUSTICE CENTER ON 02/04/2011 AT 08:30:00 AM. | 01/20/2011 | | NV | |
| 97 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/04/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | NV | |
| 98 | ORDER TO SHOW CAUSE SCHEDULED FOR 02/04/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | NV | |
| 99 | CASE MANAGEMENT STATEMENT FILED BY WHELAN, DDS, KENNETH G JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 01/21/2011 | 01/21/2011 | | 6 pages | ☐ |
| 100 | E-FILING TRANSACTION 225164 RECEIVED ON 01/21/2011 02:16:36 PM. | 01/21/2011 | | NV | |
| 101 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (JUDGE: DEREK W. HUNT) FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 02/03/2011 | 02/03/2011 | | 7 pages | ☐ |
| 102 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (JUDGE: DEREK W. HUNT) FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 02/03/2011 | 02/03/2011 | | 3 pages | ☐ |
| 103 | ORDER TO SHOW CAUSE SCHEDULED FOR 02/18/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/04/2011 | | NV | |
| 104 | MINUTES FINALIZED FOR MULTIPLE EVENTS 02/04/2011 08:30:00 AM. | 02/04/2011 | | 1 pages | ☐ |
| 105 | CASE MANAGEMENT CONFERENCE CONTINUED TO 02/18/2011 AT 08:30 AM IN THIS DEPARTMENT. | 02/04/2011 | | NV | |
| 106 | ORDER TO SHOW CAUSE CONTINUED TO 02/18/2011 AT 08:30 AM IN THIS DEPARTMENT. | 02/04/2011 | | NV | |
| 107 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 02/18/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/04/2011 | | NV | |
| 108 | MINUTES FINALIZED FOR CHAMBERS WORK 02/04/2011 11:26:00 AM. | 02/04/2011 | | 1 pages | ☐ |
| 109 | THE COURT ORDERS THE FOLLOWING CASES CONSOLIDATED FOR ALL PURPOSES: 30-2010-00411759 HOUCHIN VS. WHELAN AND #30-2010-00389304 WHELAN VS. HOUCHIN. THE COURT DESIGNATES 30-2010-00389304 WHELAN VS. | 02/04/2011 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | HOUCHIN AS THE LEAD CASE AND ALL FURTHER DOCUMENTS MUST BE FILED UNDER THE CASE NUMBER AND CAPTION OF THE LEAD CASE. | | | | |
| 110 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 02/04/2011 | | 1 pages | ☐ |
| 112 | CASE CONSOLIDATED ON 02/04/2011. 30-2010-00389304-CU-BC-CJC IS DESIGNATED THE LEAD CASE. | 02/04/2011 | | NV | |
| 113 | SUBSTITUTION OF ATTORNEY FILED BY WHELAN, KENNETH G JR ON 02/03/2011 | 02/03/2011 | | 2 pages | ☐ |
| 114 | SUBSTITUTION OF ATTORNEY FILED BY WHELAN, D.D.S., KENNETH G. JR ON 02/03/2011 | 02/03/2011 | | 2 pages | ☐ |
| 115 | SUBSTITUTION OF ATTORNEY FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/03/2011 | 02/03/2011 | | 2 pages | ☐ |
| 116 | SUBSTITUTION OF ATTORNEY FILED BY KENWHELAN, DDS, A DENTAL CORPORATION ON 02/03/2011 | 02/03/2011 | | 2 pages | ☐ |
| 117 | MINUTES FINALIZED FOR MOTION TO QUASH 02/17/2011 08:30:00 AM. | 02/17/2011 | | 1 pages | ☐ |
| 118 | JURY TRIAL SCHEDULED FOR 10/17/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/18/2011 | | NV | |
| 119 | THE JURY TRIAL IS SCHEDULED FOR 10/17/2011 AT 08:30 AM IN DEPARTMENT C24. | 02/18/2011 | | NV | |
| 120 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 02/18/2011 08:30:00 AM. | 02/18/2011 | | 1 pages | ☐ |
| 121 | CASE MANAGEMENT STATEMENT FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 01/18/2011 | 01/18/2011 | | 6 pages | ☐ |
| 122 | NOTICE - OTHER (OF TRIAL) FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION; WHELAN, KENNETH G JR ON 03/11/2011 | 03/11/2011 | | 2 pages | ☐ |
| 123 | MOTION TO QUASH SUBPOENA FILED BY HOUCHIN, DDS, ROBERT JAMES; KEN WHELAN, D.D.S., A DENTAL CORPORATION; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; WHELAN, D.D.S., KENNETH G. JR ON 05/20/2011 | 05/20/2011 | | 16 pages | ☐ |
| 124 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10910323 AND RECEIPT NUMBER 10734215. | 05/20/2011 | | 1 pages | ☐ |
| 125 | MOTION TO QUASH DISCOVERY SUBPOENA SCHEDULED FOR 06/21/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 05/20/2011 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 126 | SUBSTITUTION OF ATTORNEY FILED BY RENNER, GINA L. ON 06/08/2011 | 06/08/2011 | | 3 pages | ☐ |
| 127 | REPLY - OTHER FILED BY WHELAN, KENNETH G JR; WHELAN, D.D.S., KENNETH G. JR ON 06/14/2011 | 06/14/2011 | | 10 pages | ☐ |
| 128 | MOTION FOR LEAVE TO AMEND FILED BY WHELAN, KENNETH G JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 06/17/2011 | 06/17/2011 | | 25 pages | ☐ |
| 129 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10934413 AND RECEIPT NUMBER 10758305. | 06/20/2011 | | 1 pages | ☐ |
| 130 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT SCHEDULED FOR 07/14/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 06/20/2011 | | *NV* | |
| 131 | MINUTES FINALIZED FOR MOTION TO QUASH DISCOVERY SUBPOENA 06/21/2011 08:30:00 AM. | 06/21/2011 | | 1 pages | ☐ |
| 132 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 06/21/2011 | | 1 pages | ☐ |
| 133 | OPPOSITION (TO MOTION TO QUASH) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 06/08/2011 | 06/08/2011 | | 63 pages | ☐ |
| 134 | MOTION FOR SUMMARY JUDGMENT/ADJUDICATION FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 07/01/2011 | 07/01/2011 | | 165 pages | ☐ |
| 135 | PAYMENT RECEIVED BY FOR 38 - MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 10944099 AND RECEIPT NUMBER 10767991. | 07/01/2011 | | 1 pages | ☐ |
| 136 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION SCHEDULED FOR 09/15/2011 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 07/01/2011 | | *NV* | |
| 137 | SEPARATE STATEMENT FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 07/01/2011 | 07/01/2011 | | 12 pages | ☐ |
| 138 | NOTICE OF ORDER TO FILE PAPERS ELECTRONICALLY - 2.253(A)(2) OF THE CALIFORNIA RULES OF COURT | 07/06/2011 | | 1 pages | ☐ |
| 139 | CLERK'S CERTIFICATE OF SERVICE BY MAIL (OUT OF PROCESS) GENERATED | 07/07/2011 | | 1 pages | ☐ |
| 140 | MINUTES FINALIZED FOR MOTION FOR LEAVE TO FILE AMENDED COMPLAINT 07/14/2011 08:30:00 AM. | 07/14/2011 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 141 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10969764 AND RECEIPT NUMBER 10793656. | 08/10/2011 | | 1 pages | ☐ |
| 142 | E-FILING TRANSACTION 253402 RECEIVED ON 08/10/2011 12:29:10 PM. | 08/10/2011 | | NV | |
| 143 | EX PARTE APPLICATION - OTHER (TO STAY DISCOVERY AS TO RENNER & TO CONTINUE TRIAL) RECEIVED ON 08/10/2011. | 08/10/2011 | | 21 pages | ☐ |
| 144 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10969841 AND RECEIPT NUMBER 10793733. | 08/10/2011 | | 1 pages | ☐ |
| 145 | EX PARTE SCHEDULED FOR 08/10/2011 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 08/10/2011 | | NV | |
| 146 | EX PARTE APPLICATION - OTHER (TO STAY DISCOVERY AS TO RENNER AND TO CONTINUE TRIAL) FILED BY RENNER, GINA L. ON 08/10/2011 | 08/10/2011 | | 21 pages | ☐ |
| 147 | EX PARTE APPLICATION - OTHER (TO CONTINUE SJ MOTION) FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 08/10/2011 | 08/10/2011 | | 7 pages | ☐ |
| 148 | EX PARTE SCHEDULED FOR 08/10/2011 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 08/10/2011 | | NV | |
| 149 | E-FILING TRANSACTION 253383 RECEIVED ON 08/10/2011 11:53:04 AM. | 08/10/2011 | | NV | |
| 150 | RESPONSE (TO EXPARTE APPLICATION) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 08/10/2011 | 08/10/2011 | | 10 pages | ☐ |
| 151 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION SCHEDULED FOR 02/08/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/10/2011 | | NV | |
| 152 | JURY TRIAL SCHEDULED FOR 03/12/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/10/2011 | | NV | |
| 153 | THE MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION IS RESET TO 02/08/2012 AT 08:30 AM IN THIS DEPARTMENT. | 08/10/2011 | | NV | |
| 154 | THE JURY TRIAL IS RESET TO 03/12/2012 AT 08:30 AM IN THIS DEPARTMENT. | 08/10/2011 | | NV | |
| 155 | MINUTES FINALIZED FOR MULTIPLE EVENTS 08/10/2011 01:30:00 PM. | 08/11/2011 | | 1 pages | ☐ |
| 156 | RESPONSE (TO EX PARTE) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 08/10/2011 | 08/10/2011 | | 10 pages | ☐ |
| 157 | | 08/16/2011 | | 10 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | STIPULATION AND ORDER (STIPULATED PROTECTIVE ORDER) FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 08/16/2011 | | | | ☐ |
| 158 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11051489 AND RECEIPT NUMBER 10875381. | 12/20/2011 | | 1 pages | ☐ |
| 159 | PLAINTIFFS' EX PARTE APPLICATION FOR ORDER CONTINUING (A) THE HEARING ON THE MOTION FOR SUMMARY ADJUDICATION BY DEFT. ROBERT HOUCHIN AND (B) TRIAL AND RELATED DEADLINES | 12/20/2011 | | 13 pages | ☐ |
| 160 | EX PARTE SCHEDULED FOR 12/20/2011 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 12/20/2011 | | *NV* | |
| 161 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION SCHEDULED FOR 02/22/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/20/2011 | | *NV* | |
| 162 | STATUS CONFERENCE SCHEDULED FOR 02/22/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/20/2011 | | *NV* | |
| 163 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION CONTINUED TO 02/22/2012 AT 08:30 AM IN THIS DEPARTMENT. | 12/20/2011 | | *NV* | |
| 164 | THE STATUS CONFERENCE IS SCHEDULED FOR 02/22/2012 AT 08:30 AM IN DEPARTMENT C24. | 12/20/2011 | | *NV* | |
| 165 | MINUTES FINALIZED FOR EX PARTE 12/20/2011 01:30:00 PM. | 12/21/2011 | | 1 pages | ☐ |
| 166 | E-FILING TRANSACTION 282489 RECEIVED ON 01/17/2012 09:45:04 AM. | 01/18/2012 | | *NV* | |
| 167 | STIPULATION AND ORDER RECEIVED ON 01/17/2012. | 01/17/2012 | | 5 pages | ☐ |
| 168 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 11066115 AND RECEIPT NUMBER 10890007. | 01/18/2012 | | 1 pages | ☐ |
| 169 | STIPULATION AND ORDER (TO STRIKE PORTIONS OF COMPLAINT) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 01/18/2012 | 01/18/2012 | | 5 pages | ☐ |
| 170 | DOCUMENT - OTHER (COPY OF COMPLAINT WITH PORTIONS STRICKEN PER ORDER 1-18-12) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 01/18/2012 | 01/18/2012 | | 17 pages | ☐ |
| 171 | REQUEST FOR DISMISSAL SUBMITTED BY WHELAN, D.D.S., KENNETH G. JR REJECTED ON 02/08/2012. | 02/08/2012 | | 1 pages | ☐ |
| 172 | | 02/08/2012 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | E-FILING TRANSACTION 287426 RECEIVED ON 02/08/2012 01:32:16 PM. |  |  |  |  |
| 173 | OPPOSITION (TO MOTION FOR SUMMARY JUDGMENT) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 13 pages | ☐ |
| 174 | SEPARATE STATEMENT FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 6 pages | ☐ |
| 175 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 6 pages | ☐ |
| 176 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 3 pages | ☐ |
| 177 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 3 pages | ☐ |
| 178 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 4 pages | ☐ |
| 179 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 4 pages | ☐ |
| 180 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/08/2012 | 02/08/2012 |  | 3 pages | ☐ |
| 181 | E-FILING TRANSACTION 288414 RECEIVED ON 02/13/2012 05:14:18 PM. | 02/14/2012 |  | NV | |
| 182 | REQUEST FOR DISMISSAL (PLAINTIFF WHELAN'S 4TH & 5TH COA WITHOUT PREJUDICE) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/14/2012 | 02/14/2012 |  | 2 pages | ☐ |
| 183 | E-FILING TRANSACTION 289281 RECEIVED ON 02/16/2012 04:00:17 PM. | 02/16/2012 |  | NV | |
| 184 | NOTICE - OTHER FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 02/16/2012 | 02/16/2012 |  | 4 pages | ☐ |
| 185 | PAYMENT RECEIVED BY FOR INITIAL JURY FEE DEPOSIT IN THE AMOUNT OF 150.00, TRANSACTION NUMBER 11085582 AND RECEIPT NUMBER 10909474. | 02/16/2012 |  | 1 pages | ☐ |
| 186 | E-FILING TRANSACTION 289625 RECEIVED ON 02/17/2012 02:58:59 PM. | 02/17/2012 |  | NV | |
| 187 |  | 02/17/2012 |  | 56 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | REPLY - OTHER FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 02/17/2012 | | | | |
| 188 | OBJECTION FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 02/17/2012 | 02/17/2012 | | 5 pages | ☐ |
| 189 | PROPOSED ORDER RECEIVED ON 02/17/2012. | 02/17/2012 | | 4 pages | |
| 190 | E-FILING TRANSACTION 290004 RECEIVED ON 02/2T/2012 02:12:44 PM. | 02/21/2012 | | NV | |
| 191 | DECLARATION IN SUPPORT FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 02/21/2012 | 02/21/2012 | | 12 pages | ☐ |
| 192 | DECLARATION IN SUPPORT FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 02/21/2012 | 02/21/2012 | | 8 pages | ☐ |
| 193 | VOLUNTARY SETTLEMENT CONFERENCE SCHEDULED FOR 03/02/2012 AT 08:30:00 AM IN CX103 AT CIVIL COMPLEX CENTER. | 02/22/2012 | | NV | |
| 194 | JURY TRIAL SCHEDULED FOR 03/26/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 02/22/2012 | | NV | |
| 195 | THE COURT ORDERS GINA L. RENNER BE DISMISSED WITHOUT PREJUDICE ON COMPLAINT. | 02/22/2012 | | NV | |
| 196 | MATTER TAKEN UNDER SUBMISSION. | 02/22/2012 | | NV | |
| 197 | THE VOLUNTARY SETTLEMENT CONFERENCE IS SCHEDULED FOR 03/02/2012 AT 08:30 AM IN DEPARTMENT CX103. | 02/22/2012 | | NV | |
| 198 | THE JURY TRIAL IS RESET TO 03/26/2012 AT 08:30 AM IN THIS DEPARTMENT. | 02/22/2012 | | NV | |
| 199 | MINUTES FINALIZED FOR MULTIPLE EVENTS 02/22/2012 08:30:00 AM. | 02/22/2012 | | 2 pages | ☐ |
| 200 | E-FILING TRANSACTION 291770 RECEIVED ON 02/28/2012 03:57:24 PM. | 02/29/2012 | | NV | |
| 201 | STIPULATION AND ORDER RECEIVED ON 02/28/2012. | 02/28/2012 | | 3 pages | ☐ |
| 202 | STIPULATION AND ORDER (TO STRIKE PORTIONS OF COMPLAINT) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 03/01/2012 | 03/01/2012 | | 3 pages | ☐ |
| 203 | E-FILING TRANSACTION 291694 RECEIVED ON 02/28/2012 02:28:44 PM. | 03/01/2012 | | NV | |
| 204 | REQUEST FOR DISMISSAL (UPDATED TO WITH PREJUDICE) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 02/28/2012 | 02/28/2012 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 205 | MINUTES FINALIZED FOR VOLUNTARY SETTLEMENT CONFERENCE 2012-03-02 08:30:00.0. | 05/29/2012 | | 2 pages | ☐ |
| 206 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 03/05/2012 09:21:00 AM. | 03/05/2012 | | 1 pages | ☐ |
| 207 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 03/05/2012 | | 1 pages | ☐ |
| 208 | E-FILING TRANSACTION 294916 RECEIVED ON 03/13/2012 09:29:46 AM. | 03/13/2012 | | *NV* | |
| 209 | EX PARTE APPLICATION - OTHER (TO CONTINUE TRIAL) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/13/2012 | 03/13/2012 | | 17 pages | ☐ |
| 210 | PROPOSED ORDER RECEIVED ON 03/13/2012. | 03/13/2012 | | 1 pages | ☐ |
| 211 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11103746 AND RECEIPT NUMBER 10927638. | 03/13/2012 | | 1 pages | ☐ |
| 212 | EX PARTE SCHEDULED FOR 03/13/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 03/13/2012 | | *NV* | |
| 213 | MOTION FOR CONTINUANCE OF TRIAL SCHEDULED FOR 03/15/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 03/13/2012 | | *NV* | |
| 214 | THE MOTION FOR CONTINUANCE OF TRIAL IS SCHEDULED FOR 03/15/2012 AT 08:30 AM IN DEPARTMENT C24. | 03/13/2012 | | *NV* | |
| 215 | MINUTES FINALIZED FOR EX PARTE 03/13/2012 01:30:00 PM. | 03/13/2012 | | 1 pages | ☐ |
| 216 | E-FILING TRANSACTION 295268 RECEIVED ON 03/14/2012 10:45:50 AM. | 03/14/2012 | | *NV* | |
| 217 | RESPONSE FILED BY WHELAN, D.D.S., KENNETH G. JR; WHELAN, KENNETH G JR ON 03/14/2012 | 03/14/2012 | | 6 pages | ☐ |
| 218 | E-FILING TRANSACTION 295814 RECEIVED ON 03/15/2012 06:00:04 PM. | 03/16/2012 | | *NV* | |
| 219 | MOTION - OTHER (TO AMEND COMPLAINT) RECEIVED ON 03/16/2012. | 03/16/2012 | | 17 pages | ☐ |
| 220 | EX PARTE APPLICATION - OTHER (FOR ORDER SHORTENING TIME TO HEAR MOTION TO AMEND COMPLAINT & CONTINUING DISCOVERY CUT OFF DATE) FILED BY WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 03/16/2012 | 03/16/2012 | | 38 pages | ☐ |
| 221 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11106549 AND RECEIPT NUMBER 10930441. | 03/16/2012 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 222 | EX PARTE SCHEDULED FOR 03/16/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 03/16/2012 | | *NV* | |
| 223 | JURY TRIAL SCHEDULED FOR 04/16/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 03/15/2012 | | *NV* | |
| 224 | THE JURY TRIAL IS RESET TO 04/16/2012 AT 08:30 AM IN THIS DEPARTMENT. | 03/15/2012 | | *NV* | |
| 225 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT SCHEDULED FOR 03/22/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 03/16/2012 | | *NV* | |
| 226 | JURY TRIAL SCHEDULED FOR 04/23/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 03/16/2012 | | *NV* | |
| 227 | THE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IS SCHEDULED FOR 03/22/2012 AT 08:30 AM IN DEPARTMENT C24. | 03/16/2012 | | *NV* | |
| 228 | THE JURY TRIAL IS RESET TO 04/23/2012 AT 08:30 AM IN THIS DEPARTMENT. | 03/16/2012 | | *NV* | |
| 229 | MINUTES FINALIZED FOR EX PARTE 03/16/2012 01:30:00 PM. | 03/16/2012 | | 1 pages | ☐ |
| 230 | MOTION FOR LEAVE TO AMEND FILED BY WHELAN, D.D.S., KENNETH G. JR ON 03/16/2012 | 03/16/2012 | | 17 pages | ☐ |
| 231 | MINUTES FINALIZED FOR MOTION FOR CONTINUANCE OF TRIAL 03/15/2012 08:30:00 AM. | 03/20/2012 | | 1 pages | ☐ |
| 232 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11107662 AND RECEIPT NUMBER 10931554. | 03/19/2012 | | 1 pages | ☐ |
| 233 | E-FILING TRANSACTION 296828 RECEIVED ON 03/21/2012 09:57:42 AM. | 03/21/2012 | | *NV* | |
| 234 | OPPOSITION FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/21/2012 | 03/21/2012 | | 29 pages | ☐ |
| 235 | E-FILING TRANSACTION 296965 RECEIVED ON 03/21/2012 02:26:52 PM. | 03/22/2012 | | NV | |
| 236 | AFFIDAVIT - OTHER FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/21/2012 | 03/21/2012 | | 2 pages | ☐ |
| 237 | MINUTES FINALIZED FOR MOTION FOR LEAVE TO FILE AMENDED COMPLAINT 03/22/2012 08:30:00 AM. | 03/22/2012 | | 1 pages | ☐ |
| 238 | E-FILING TRANSACTION 297379 RECEIVED ON 03/22/2012 04:06:33 PM. | 03/23/2012 | | NV | |
| 239 | STIPULATION AND ORDER FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/22/2012 | 03/22/2012 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 240 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 11111438 AND RECEIPT NUMBER 10935330. | 03/23/2012 | | 1 pages | ☐ |
| 241 | DOCUMENT - OTHER (STIPULATION RE: EXCLUSION OF EVIDENCE) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 03/27/2012 | 03/27/2012 | | 4 pages | ☐ |
| 242 | E-FILING TRANSACTION 297684 RECEIVED ON 03/28/2012 03:37:27 PM. | 03/28/2012 | | *NV* | |
| 243 | NOTICE - OTHER (OF MOTIONS IN LIMINE) FILED BY HOUCHIN, D.D.S., ROBERT J.; HOUCHIN, DDS, ROBERT JAMES ON 03/23/2012 | 03/23/2012 | | 4 pages | ☐ |
| 244 | MOTION IN LIMINE (NO.1) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 47 pages | ☐ |
| 245 | MOTION IN LIMINE (NO.2) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 12 pages | ☐ |
| 246 | MOTION IN LIMINE (NO.3) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 56 pages | ☐ |
| 247 | E-FILING TRANSACTION 297719 RECEIVED ON 03/23/2012 04:23:24 PM. | 03/29/2012 | | *NV* | |
| 248 | MOTION IN LIMINE (NO.4) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 70 pages | ☐ |
| 249 | MOTION IN LIMINE (NO.5) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 20 pages | ☐ |
| 250 | MOTION IN LIMINE (NO.6) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 88 pages | ☐ |
| 251 | MOTION IN LIMINE (NO.7) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/23/2012 | 03/23/2012 | | 31 pages | ☐ |
| 252 | E-FILING TRANSACTION 110935 RECEIVED ON 03/29/2012 11:30:28 AM. | 03/29/2012 | | *NV* | |
| 253 | | 03/29/2012 | | 41 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | MOTION IN LIMINE FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/29/2012 | | | | |
| 254 | E-FILING TRANSACTION 297519 RECEIVED ON 03/23/2012 11:30:46 AM. | 03/29/2012 | | *NV* | |
| 255 | STIPULATION AND ORDER RECEIVED ON 03/23/2012. | 03/23/2012 | | 4 pages | ☐ |
| 256 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 11115444 AND RECEIPT NUMBER 10939336. | 03/29/2012 | | 1 pages | ☐ |
| 257 | DOCUMENT - OTHER (STIPULATION TO STRIKE EMOTIONAL DISTRESS) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 04/02/2012 | 04/02/2012 | | 4 pages | ☐ |
| 258 | E-FILING TRANSACTION 2101196 RECEIVED ON 04/09/2012 06:25:02 PM. | 04/10/2012 | | *NV* | |
| 259 | NOTICE - OTHER (OF WITHDRAWAL OF STIPULATION) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 04/10/2012 | 04/10/2012 | | 2 pages | ☐ |
| 261 | REQUEST FOR DISMISSAL SUBMITTED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION REJECTED ON 04/24/2012. | 04/24/2012 | | 1 pages | ☐ |
| 262 | COPY OF COURT OF APPEAL ORDER DATED 4-12-12 | 04/25/2012 | | 2 pages | ☐ |
| 263 | MINUTES FINALIZED FOR JURY TRIAL 04/23/2012 08:30:00 AM. | 04/25/2012 | | 1 pages | ☐ |
| 264 | REVIEW HEARING SCHEDULED FOR 11/16/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 04/26/2012 | | 2 pages | ☐ |
| 265 | E-FILING TRANSACTION 2105226 RECEIVED ON 04/25/2012 02:26:22 PM. | 04/26/2012 | | *NV* | |
| 266 | MOTION IN LIMINE FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 04/25/2012 | 04/25/2012 | | 13 pages | ☐ |
| 267 | E-FILING TRANSACTION 112299 RECEIVED ON 04/25/2012 02:16:34 PM. | 04/30/2012 | | *NV* | |
| 268 | REQUEST FOR DISMISSAL (OF 5TH CAUSE OF ACTION) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 04/25/2012 | 04/25/2012 | | 4 pages | ☐ |
| 269 | JURY TRIAL SCHEDULED FOR 05/29/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 05/24/2012 | | *NV* | |
| 270 | THE JURY TRIAL IS SCHEDULED FOR 05/29/2012 AT 08:30 AM IN DEPARTMENT C24. | 05/24/2012 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 271 | MINUTES FINALIZED FOR CHAMBERS WORK 05/24/2012 10:50:00 AM. | 05/24/2012 | | 1 pages | ☐ |
| 272 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 05/24/2012 | | 1 pages | ☐ |
| 273 | E-FILING TRANSACTION 2112949 RECEIVED ON 05/25/2012 11:27:47 AM. | 05/25/2012 | | NV | |
| 274 | EX PARTE APPLICATION - OTHER (TO CONTINUE TRIAL) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 05/25/2012 | 05/25/2012 | | 22 pages | |
| 275 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11152907 AND RECEIPT NUMBER 10976799. | 05/25/2012 | | 1 pages | ☐ |
| 276 | EX PARTE SCHEDULED FOR 05/25/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 05/25/2012 | | NV | |
| 277 | DECLARATION - OTHER (OF STEPHEN M. MCNAMARA) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 05/25/2012 | 05/25/2012 | | 2 pages | ☐ |
| 278 | JURY TRIAL SCHEDULED FOR 08/06/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 05/25/2012 | | NV | |
| 280 | THE JURY TRIAL IS RESET TO 08/06/2012 AT 08:30 AM IN THIS DEPARTMENT. | 05/25/2012 | | NV | |
| 282 | MINUTES FINALIZED FOR EX PARTE 05/25/2012 01:30:00 PM. | 05/25/2012 | | 1 pages | ☐ |
| 283 | E-FILING TRANSACTION 2113439 RECEIVED ON 05/29/2012 02:37:22 PM. | 05/29/2012 | | NV | |
| 284 | EX PARTE APPLICATION - OTHER (TO CONTINUE TRIAL TO SEPTEMBER 24, 2012) FILED BY WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 05/29/2012 | 05/29/2012 | | 12 pages | ☐ |
| 285 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11154006 AND RECEIPT NUMBER 10977898. | 05/29/2012 | | 1 pages | ☐ |
| 286 | EX PARTE SCHEDULED FOR 05/30/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 05/29/2012 | | NV | |
| 287 | COPY OF COURT OF APPEAL ORDER DATED 5-24-12 | 05/29/2012 | | 2 pages | ☐ |
| 288 | COPY OF REQUEST FOR RECONSIDERATION DATED 5-24-12 | 05/29/2012 | | 6 pages | ☐ |
| 289 | MOTION FOR CONTINUANCE OF TRIAL SCHEDULED FOR 06/07/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 05/30/2012 | | NV | |
| 290 | | 05/30/2012 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| | THE MOTION FOR CONTINUANCE OF TRIAL IS SCHEDULED FOR 06/07/2012 AT 08:30 AM IN DEPARTMENT C24. | | | | |
| 291 | MINUTES FINALIZED FOR EX PARTE 05/30/2012 01:30:00 PM. | 05/30/2012 | | 1 pages | ☐ |
| 292 | E-FILING TRANSACTION 2114727 RECEIVED ON 06/04/2012 10:29:25 AM. | 06/04/2012 | | NV | |
| 293 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR ON 06/04/2012 | 06/04/2012 | | 4 pages | ☐ |
| 294 | DECLARATION - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR ON 06/04/2012 | 06/04/2012 | | 6 pages | ☐ |
| 295 | E-FILING TRANSACTION 2115494 RECEIVED ON 06/06/2012 11:12:30 AM. | 06/06/2012 | | NV | |
| 296 | DECLARATION IN SUPPORT FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 06/06/2012 | 06/06/2012 | | 6 pages | ☐ |
| 297 | JURY TRIAL SCHEDULED FOR 09/24/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 06/07/2012 | | NV | |
| 298 | THE JURY TRIAL IS RESET TO 09/24/2012 AT 08:30 AM IN THIS DEPARTMENT. | 06/07/2012 | | NV | |
| 299 | MINUTES FINALIZED FOR MOTION FOR CONTINUANCE OF TRIAL 06/07/2012 08:30:00 AM. | 06/07/2012 | | 1 pages | ☐ |
| 300 | E-FILING TRANSACTION 2116808 RECEIVED ON 06/11/2012 02:03:03 PM. | 06/11/2012 | | NV | |
| 301 | NOTICE OF RULING FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 06/11/2012 | 06/11/2012 | | 4 pages | |
| 302 | E-FILING TRANSACTION 2120992 RECEIVED ON 06/26/2012 04:12:56 PM. | 07/02/2012 | | NV | |
| 303 | MOTION TO BIFURCATE FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 06/26/2012 | 06/26/2012 | | 22 pages | ☐ |
| 304 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 11176513 AND RECEIPT NUMBER 11000405. | 07/02/2012 | | 1 pages | ☐ |
| 305 | MOTION FOR BIFURCATION SCHEDULED FOR 08/16/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 07/02/2012 | | NV | |
| 307 | E-FILING TRANSACTION 2124885 RECEIVED ON 07/11/2012 03:58:45 PM. | 07/20/2012 | | NV | |
| 308 | | 07/11/2012 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | REQUEST FOR DISMISSAL (WITH PREJUDICE/COMPLAINT) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 07/11/2012 | | | | |
| 313 | COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 02/22/2012 | | *NV* | |
| 314 | E-FILING TRANSACTION 2131139 RECEIVED ON 08/02/2012 02:14:38 PM. | 08/02/2012 | | *NV* | |
| 315 | NOTICE - OTHER FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 08/02/2012 | 08/02/2012 | | 2 pages | ☐ |
| 316 | E-FILING TRANSACTION 2134188 RECEIVED ON 08/14/2012 09:38:53 AM. | 08/15/2012 | | *NV* | |
| 317 | MOTION - OTHER (FOR ORDER PERMITTING DISCLOSURE OF THIRD PARTY PATIENT RECORDS AT TRIAL) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 08/14/2012 | 08/14/2012 | | 15 pages | ☐ |
| 318 | PROPOSED ORDER RECEIVED ON 08/14/2012. | 08/14/2012 | | 2 pages | ☐ |
| 319 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11205672 AND RECEIPT NUMBER 11029564. | 08/15/2012 | | 1 pages | ☐ |
| 320 | MOTION - OTHER SCHEDULED FOR 09/05/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/15/2012 | | *NV* | |
| 321 | E-FILING TRANSACTION 2134181 RECEIVED ON 08/14/2012 09:32:24 AM. | 08/16/2012 | | *NV* | |
| 322 | MOTION FOR ATTORNEY FEES FILED BY HOUCHIN, D.D.S., ROBERT J.; HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 08/14/2012 | 08/14/2012 | | 487 pages | ☐ |
| 323 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11206300 AND RECEIPT NUMBER 11030192. | 08/16/2012 | | 1 pages | ☐ |
| 324 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 09/05/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/16/2012 | | *NV* | |
| 325 | MINUTES FINALIZED FOR MOTION FOR BIFURCATION 08/16/2012 08:30:00 AM. | 08/16/2012 | | 1 pages | ☐ |
| 326 | E-FILING TRANSACTION 2135169 RECEIVED ON 08/16/2012 03:16:17 PM. | 08/16/2012 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 327 | MOTION FOR ATTORNEY FEES FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 08/16/2012 | 08/16/2012 | | 487 pages | ☐ |
| 328 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11206898 AND RECEIPT NUMBER 11030790. | 08/16/2012 | | 1 pages | ☐ |
| 329 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 09/05/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 08/16/2012 | | NV | |
| 330 | E-FILING TRANSACTION 2135213 RECEIVED ON 08/16/2012 03:43:15 PM. | 08/20/2012 | | NV | |
| 331 | MEMORANDUM OF COSTS (SUMMARY) FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 08/16/2012 | 08/16/2012 | | 10 pages | ☐ |
| 332 | E-FILING TRANSACTION 2135916 RECEIVED ON 08/20/2012 11:01:02 AM. | 08/21/2012 | | NV | |
| 333 | NOTICE OF CONTINUANCE FILED BY HOUCHIN, D.D.S., ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 08/20/2012 | 08/20/2012 | | 4 pages | ☐ |
| 334 | DOCUMENT - OTHER (STIPULATION TO PERMIT USE OF PATIENT INFORMATION AT TRIAL) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 08/28/2012 | 08/28/2012 | | 2 pages | ☐ |
| 335 | E-FILING TRANSACTION 2139044 RECEIVED ON 08/30/2012 10:00:40 AM. | 08/30/2012 | - | NV | |
| 336 | CORRESPONDENCE RECEIVED ON 08/30/2012. | 08/30/2012 | | 1 pages | ☐ |
| 337 | STIPULATION AND ORDER RECEIVED ON 08/30/2012. | 08/30/2012 | | 4 pages | ☐ |
| 338 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 11216175 AND RECEIPT NUMBER 11040067. | 08/30/2012 | | 1 pages | ☐ |
| 339 | DOCUMENT - OTHER (STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO TAX COSTS TO 9-21-12) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 09/05/2012 | 09/05/2012 | | 3 pages | ☐ |
| 340 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 09/19/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 09/05/2012 | | NV | |
| 341 | | 09/05/2012 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | MOTION FOR ATTORNEY FEES CONTINUED TO 09/19/2012 AT 08:30 AM IN THIS DEPARTMENT. | | | | |
| 342 | STIPULATION AND ORDER (TO PERMIT USE OF PATIENT INFO (DENIED BY COURT)) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 09/05/2012 | 09/05/2012 | | 4 pages | ☐ |
| 343 | MINUTES FINALIZED FOR MULTIPLE EVENTS 09/05/2012 08:30:00 AM. | 09/05/2012 | | 1 pages | ☐ |
| 344 | E-FILING TRANSACTION 2140682 RECEIVED ON 09/06/2012 09:50:51 AM. | 09/06/2012 | | NV | |
| 345 | OPPOSITION FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/06/2012 | 09/06/2012 | | 13 pages | ☐ |
| 346 | MOTION IN LIMINE (NO. 1) FILED BY WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/06/2012 | 09/06/2012 | | 45 pages | ☐ |
| 347 | MOTION IN LIMINE (NO. 2) FILED BY WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 09/06/2012 | 09/06/2012 | | 36 pages | ☐ |
| 348 | MOTION IN LIMINE (NO. 3) FILED BY WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 09/06/2012 | 09/06/2012 | | 11 pages | ☐ |
| 349 | MOTION IN LIMINE (NO. 4) FILED BY WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 09/06/2012 | 09/06/2012 | | 9 pages | ☐ |
| 350 | MOTION IN LIMINE (NO. 5) FILED BY WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION ON 09/06/2012 | 09/06/2012 | | 13 pages | ☐ |
| 353 | MINUTES FINALIZED FOR CHAMBERS WORK 09/11/2012 02:57:00 PM. | 09/11/2012 | | 1 pages | ☐ |
| 354 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 09/11/2012 | | 1 pages | ☐ |
| 355 | E-FILING TRANSACTION 121388 RECEIVED ON 09/17/2012 11:45:48 AM. | 09/17/2012 | | NV | |
| 356 | OPPOSITION (TO NO. 1) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 09/17/2012 | 09/17/2012 | | 9 pages | ☐ |
| 357 | OPPOSITION (TO NO. 2) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 09/17/2012 | 09/17/2012 | | 10 pages | ☐ |
| 358 | OPPOSITION (TO NO. 3) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 09/17/2012 | 09/17/2012 | | 11 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 359 | OPPOSITION (TO NO. 4) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 09/17/2012 | 09/17/2012 | | 7 pages | ☐ |
| 360 | E-FILING TRANSACTION 121510 RECEIVED ON 09/18/2012 10:58:25 AM. | 09/21/2012 | | *NV* | |
| 361 | NOTICE OF CONTINUANCE FILED BY ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, D.D.S., ROBERT J. ON 09/18/2012 | 09/18/2012 | | 4 pages | ☐ |
| 362 | MINUTES FINALIZED FOR JURY TRIAL 09/24/2012 08:30:00 AM. | 09/24/2012 | | 1 pages | ☐ |
| 363 | 10-20 DAY JURY TRIAL TRAILED TO 10/01/2012 AT 01:30 PM IN C24. | 09/27/2012 | | *NV* | |
| 364 | MINUTES FINALIZED FOR CHAMBERS WORK 09/27/2012 01:38:00 PM. | 09/27/2012 | | 1 pages | ☐ |
| 365 | E-FILING TRANSACTION 2145263 RECEIVED ON 09/21/2012 10:29:28 AM. | 09/27/2012 | | *NV* | |
| 366 | MOTION TO STRIKE OR TAX COSTS FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION; KENWHELAN, DDS, A DENTAL CORPORATION; WHELAN, D.D.S., KENNETH G. JR; WHELAN, KENNETH G JR ON 09/21/2012 | 09/21/2012 | | 10 pages | ☐ |
| 367 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11233395 AND RECEIPT NUMBER 11057287. | 09/27/2012 | | 1 pages | ☐ |
| 368 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 10/23/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 09/27/2012 | | *NV* | |
| 369 | JURY TRIAL SCHEDULED FOR 10/01/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 10/01/2012 | | *NV* | |
| 370 | MINUTES FINALIZED FOR JURY TRIAL 10/01/2012 01:30:00 PM. | 10/01/2012 | | 1 pages | ☐ |
| 371 | JURY TRIAL SCHEDULED FOR 10/04/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 10/04/2012 | | *NV* | |
| 372 | JURY TRIAL EXTENDED TO 10/05/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/05/2012 | | *NV* | |
| 373 | JURY TRIAL SCHEDULED FOR 10/05/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/04/2012 | | *NV* | |
| 374 | COURT IS ADJOURNED UNTIL 10/05/2012 AT 09:00AM IN C24. | 10/04/2012 | | *NV* | |
| 375 | | 10/05/2012 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | JURY TRIAL EXTENDED TO 10/11/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | | | | |
| 376 | JURY TRIAL SCHEDULED FOR 10/11/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/05/2012 | | *NV* | |
| 377 | COURT IS ADJOURNED UNTIL 10/11/2012 AT 09:00AM IN C24. | 10/05/2012 | | *NV* | |
| 378 | MINUTES FINALIZED FOR JURY TRIAL 2012-10-04 13:30:00.0. | 10/09/2012 | | 24 pages | ☐ |
| 379 | MINUTES FINALIZED FOR JURY TRIAL 2012-10-05 09:00:00.0. | 11/07/2012 | | 5 pages | ☐ |
| 380 | EXHIBIT LIST FILED BY HOUCHIN, DDS, ROBERT JAMES ON 09/24/2012 | 09/24/2012 | | 23 pages | ☐ |
| 381 | DOCUMENT - OTHER (- WITNESS LIST) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 09/24/2012 | 09/24/2012 | | 7 pages | ☐ |
| 382 | STATEMENT OF CASE FILED BY HOUCHIN, DDS, ROBERT JAMES ON 09/24/2012 | 09/24/2012 | | 4 pages | ☐ |
| 383 | OPPOSITION (TO #3) FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/24/2012 | 09/24/2012 | | 11 pages | ☐ |
| 384 | OPPOSITION (TO #8) FILED BY KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 09/24/2012 | 09/24/2012 | | 32 pages | ☐ |
| 385 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 375.00, TRANSACTION NUMBER 11241274 AND RECEIPT NUMBER 11065166. | 10/11/2012 | | 1 pages | ☐ |
| 386 | PAYMENT RECEIVED BY FOR 227 - SUBSEQUENT JURY TRIAL FEE, 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 1,679.80, TRANSACTION NUMBER 11241336 AND RECEIPT NUMBER 11065228. | 10/11/2012 | | 1 pages | ☐ |
| 389 | JURY TRIAL EXTENDED TO 10/12/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/12/2012 | | *NV* | |
| 390 | JURY TRIAL SCHEDULED FOR 10/12/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/11/2012 | | *NV* | |
| 391 | COURT IS ADJOURNED UNTIL 10/12/2012 AT 09:00AM IN C24. | 10/11/2012 | | *NV* | |
| 392 | MINUTES FINALIZED FOR JURY TRIAL 10/11/2012 09:00:00 AM. | 10/12/2012 | | 2 pages | ☐ |
| 393 | JURY TRIAL EXTENDED TO 10/15/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/12/2012 | | *NV* | |
| 394 | JURY TRIAL SCHEDULED FOR 10/15/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/12/2012 | | *NV* | |
| 395 | | 10/12/2012 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | COURT IS ADJOURNED UNTIL 10/15/2012 AT 09:00AM IN C24. | | | | |
| 396 | MINUTES FINALIZED FOR JURY TRIAL 10/12/2012 09:00:00 AM. | 10/15/2012 | | 2 pages | ☐ |
| 397 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 922.84, TRANSACTION NUMBER 11243536 AND RECEIPT NUMBER 11067428. | 10/15/2012 | | 1 pages | ☐ |
| 398 | JURY TRIAL EXTENDED TO 10/16/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/15/2012 | | NV | |
| 399 | JURY TRIAL SCHEDULED FOR 10/16/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/15/2012 | | NV | |
| 400 | COURT IS ADJOURNED UNTIL 10/16/2012 AT 09:00AM IN C24. | 10/15/2012 | | NV | |
| 401 | MINUTES FINALIZED FOR JURY TRIAL 10/15/2012 09:00:00 AM. | 10/15/2012 | | 2 pages | ☐ |
| 402 | JURY TRIAL EXTENDED TO 10/17/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/16/2012 | | NV | |
| 403 | JURY TRIAL SCHEDULED FOR 10/17/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/16/2012 | | NV | |
| 404 | COURT IS ADJOURNED UNTIL 10/17/2012 AT 09:30AM IN C24. | 10/16/2012 | | NV | |
| 405 | MINUTES FINALIZED FOR JURY TRIAL 10/16/2012 09:00:00 AM. | 10/16/2012 | | 2 pages | ☐ |
| 406 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 625.00, TRANSACTION NUMBER 11245186 AND RECEIPT NUMBER 11069078. | 10/17/2012 | | 1 pages | ☐ |
| 407 | JURY TRIAL EXTENDED TO 10/18/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/17/2012 | | NV | |
| 408 | JURY TRIAL SCHEDULED FOR 10/18/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/17/2012 | | NV | |
| 409 | COURT IS ADJOURNED UNTIL 10/18/2012 AT 09:00AM IN C24. | 10/17/2012 | | NV | |
| 410 | MINUTES FINALIZED FOR JURY TRIAL 10/17/2012 09:30:00 AM. | 10/18/2012 | | 2 pages | ☐ |
| 411 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY | 10/19/2012 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | TRIAL FEE IN THE AMOUNT OF 1,571.76, TRANSACTION NUMBER 11247094 AND RECEIPT NUMBER 11070986. | | | | |
| 412 | JURY TRIAL EXTENDED TO 10/19/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/19/2012 | | NV | |
| 413 | JURY TRIAL SCHEDULED FOR 10/19/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/18/2012 | | NV | |
| 414 | COURT IS ADJOURNED UNTIL 10/19/2012 AT 09:30AM IN C24. | 10/18/2012 | | NV | |
| 415 | MINUTES FINALIZED FOR JURY TRIAL 10/18/2012 09:00:00 AM. | 10/19/2012 | | 2 pages | ☐ |
| 416 | JURY TRIAL EXTENDED TO 10/22/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/19/2012 | | NV | |
| 417 | JURY TRIAL SCHEDULED FOR 10/22/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/19/2012 | | NV | |
| 418 | COURT IS ADJOURNED UNTIL 10/22/2012 AT 09:00AM IN C24. | 10/19/2012 | | NV | |
| 419 | MINUTES FINALIZED FOR JURY TRIAL 10/19/2012 09:30:00 AM. | 10/19/2012 | | 2 pages | ☐ |
| 420 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 750.00, TRANSACTION NUMBER 11247893 AND RECEIPT NUMBER 11071785. | 10/22/2012 | | 1 pages | ☐ |
| 421 | JURY TRIAL EXTENDED TO 10/23/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/22/2012 | | NV | |
| 422 | JURY TRIAL SCHEDULED FOR 10/23/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/22/2012 | | NV | |
| 423 | COURT IS ADJOURNED UNTIL 10/23/2012 AT 09:00AM IN C24. | 10/22/2012 | | NV | |
| 424 | MINUTES FINALIZED FOR JURY TRIAL 10/22/2012 09:00:00 AM. | 10/22/2012 | | 2 pages | ☐ |
| 425 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 750.00, TRANSACTION NUMBER 11249813 AND RECEIPT NUMBER 11073705. | 10/24/2012 | | 1 pages | ☐ |
| 426 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 1,571.76, | 10/24/2012 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | TRANSACTION NUMBER 11249819 AND RECEIPT NUMBER 11073711. | | | | |
| 427 | JURY TRIAL EXTENDED TO 10/24/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/24/2012 | | *NV* | |
| 428 | JURY TRIAL SCHEDULED FOR 10/24/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/23/2012 | | *NV* | |
| 429 | COURT IS ADJOURNED UNTIL 10/24/2012 AT 09:00AM IN C24. | 10/23/2012 | | *NV* | |
| 430 | MINUTES FINALIZED FOR JURY TRIAL 10/23/2012 09:00:00 AM. | 10/24/2012 | | 3 pages | ☐ |
| 431 | JURY TRIAL EXTENDED TO 10/25/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/25/2012 | | *NV* | |
| 432 | JURY TRIAL SCHEDULED FOR 10/25/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/24/2012 | | *NV* | |
| 433 | COURT IS ADJOURNED UNTIL 10/25/2012 AT 09:00AM IN C24. | 10/24/2012 | | *NV* | |
| 434 | MINUTES FINALIZED FOR JURY TRIAL 10/24/2012 09:00:00 AM. | 10/25/2012 | | 3 pages | ☐ |
| 435 | JURY TRIAL EXTENDED TO 10/26/2012 AT 09:45:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/25/2012 | | *NV* | |
| 436 | JURY TRIAL SCHEDULED FOR 10/26/2012 AT 09:45:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/25/2012 | | *NV* | |
| 437 | COURT IS ADJOURNED UNTIL 10/26/2012 AT 09:45AM IN C24. | 10/25/2012 | | *NV* | |
| 438 | MINUTES FINALIZED FOR JURY TRIAL 10/25/2012 09:00:00 AM. | 10/25/2012 | | 2 pages | ☐ |
| 439 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 1,031.14, TRANSACTION NUMBER 11251707 AND RECEIPT NUMBER 11075599. | 10/26/2012 | | 1 pages | ☐ |
| 440 | PAYMENT FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE, TRANSACTION NUMBER 11251707 IN THE AMOUNT OF 1,031.14 VOIDED DUE TO OTHER. | 10/26/2012 | | 1 pages | ☐ |
| 441 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 1,031.14, | 10/26/2012 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | TRANSACTION NUMBER 11252430 AND RECEIPT NUMBER 11076322. | | | | |
| 442 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 11252485 AND RECEIPT NUMBER 11076377. | 10/29/2012 | | 1 pages | ☐ |
| 443 | JURY TRIAL EXTENDED TO 10/29/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/29/2012 | | NV | |
| 444 | JURY TRIAL SCHEDULED FOR 10/29/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/26/2012 | | NV | |
| 445 | COURT IS ADJOURNED UNTIL 10/29/2012 AT 09:30AM IN C24. | 10/26/2012 | | NV | |
| 446 | MINUTES FINALIZED FOR JURY TRIAL 10/26/2012 09:45:00 AM. | 10/29/2012 | | 2 pages | ☐ |
| 447 | JURY TRIAL EXTENDED TO 10/30/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/29/2012 | | NV | |
| 448 | JURY TRIAL SCHEDULED FOR 10/30/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/29/2012 | | NV | |
| 449 | COURT IS ADJOURNED UNTIL 10/30/2012 AT 09:00AM IN C24. | 10/29/2012 | | NV | |
| 450 | MINUTES FINALIZED FOR JURY TRIAL 10/29/2012 09:30:00 AM. | 10/30/2012 | | 2 pages | ☐ |
| 451 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LA IN THE AMOUNT OF 1,014.44, TRANSACTION NUMBER 11253309 AND RECEIPT NUMBER 11077201. | 10/30/2012 | | 1 pages | ☐ |
| 452 | JURY TRIAL EXTENDED TO 10/31/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/31/2012 | | NV | |
| 453 | JURY TRIAL SCHEDULED FOR 10/31/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/30/2012 | | NV | |
| 454 | COURT IS ADJOURNED UNTIL 10/31/2012 AT 09:00AM IN C24. | 10/30/2012 | | NV | |
| 455 | MINUTES FINALIZED FOR JURY TRIAL 10/30/2012 09:00:00 AM. | 10/31/2012 | | 2 pages | ☐ |
| 456 | JURY TRIAL EXTENDED TO 11/01/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/31/2012 | | NV | |
| 457 | JURY TRIAL SCHEDULED FOR 11/01/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 10/31/2012 | | NV | |
| 458 | | 10/31/2012 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | COURT IS ADJOURNED UNTIL 11/01/2012 AT 09:30AM IN C24. | | | -- | |
| 459 | MINUTES FINALIZED FOR JURY TRIAL 10/31/2012 09:00:00 AM. | 10/31/2012 | | 2 pages | ☐ |
| 460 | JURY TRIAL EXTENDED TO 11/02/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 11/02/2012 | | NV | |
| 461 | JURY TRIAL SCHEDULED FOR 11/02/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 11/01/2012 | | NV | |
| 462 | COURT IS ADJOURNED UNTIL 11/02/2012 AT 01:30PM IN C24. | 11/01/2012 | | NV | |
| 463 | MINUTES FINALIZED FOR JURY TRIAL 11/01/2012 09:30:00 AM. | 11/02/2012 | | 2 pages | ☐ |
| 464 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 1,479.42, TRANSACTION NUMBER 11256220 AND RECEIPT NUMBER 11080112. | 11/02/2012 | | 1 pages | ☐ |
| 465 | JURY TRIAL EXTENDED TO 11/05/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/02/2012 | | NV | |
| 466 | JURY TRIAL SCHEDULED FOR 11/05/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/02/2012 | | NV | |
| 467 | COURT IS ADJOURNED UNTIL 11/05/2012 AT 09:00AM IN C24. | 11/02/2012 | | NV | |
| 468 | MINUTES FINALIZED FOR JURY TRIAL 11/02/2012 01:30:00 PM. | 11/02/2012 | | 1 pages | ☐ |
| 469 | JURY TRIAL EXTENDED TO 11/06/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/05/2012 | | NV | |
| 470 | JURY TRIAL SCHEDULED FOR 11/06/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/05/2012 | | NV | |
| 471 | COURT IS ADJOURNED UNTIL 11/06/2012 AT 09:00AM IN C24. | 11/05/2012 | | NV | |
| 472 | MINUTES FINALIZED FOR JURY TRIAL 11/05/2012 09:00:00 AM. | 11/05/2012 | | 2 pages | ☐ |
| 473 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 1,250.00, TRANSACTION NUMBER 11257591 AND RECEIPT NUMBER 11081483. | 11/06/2012 | | 1 pages | ☐ |
| 474 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY | 11/07/2012 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | TRIAL FEE IN THE AMOUNT OF 972.20, TRANSACTION NUMBER 11258534 AND RECEIPT NUMBER 11082426. |  |  |  |  |
| 475 | JURY TRIAL EXTENDED TO 11/07/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/07/2012 |  | *NV* |  |
| 476 | JURY TRIAL SCHEDULED FOR 11/07/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/06/2012 |  | *NV* |  |
| 477 | COURT IS ADJOURNED UNTIL 11/07/2012 AT 09:00AM IN C24. | 11/06/2012 |  | *NV* |  |
| 478 | MINUTES FINALIZED FOR JURY TRIAL 11/06/2012 09:00:00 AM. | 11/07/2012 |  | 2 pages | ☐ |
| 479 | JURY TRIAL EXTENDED TO 11/08/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 11/08/2012 |  | *NV* |  |
| 480 | JURY TRIAL SCHEDULED FOR 11/08/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 11/07/2012 |  | *NV* |  |
| 481 | COURT IS ADJOURNED UNTIL 11/08/2012 AT 01:30PM IN C24. | 11/07/2012 |  | *NV* |  |
| 482 | MINUTES FINALIZED FOR JURY TRIAL 11/07/2012 09:00:00 AM. | 11/08/2012 |  | 3 pages | ☐ |
| 483 | JURY INSTRUCTIONS FILED BY HOUCHIN, D.D.S., ROBERT J. ON 09/24/2012 | 09/24/2012 |  | 4 pages | ☐ |
| 484 | JURY INSTRUCTIONS FILED BY HOUCHIN, D.D.S., ROBERT J. ON 09/24/2012 | 09/24/2012 |  | 3 pages | ☐ |
| 485 | OPPOSITION (TO MOTION #7) FILED BY WHELAN, KENNETH G JR ON 09/24/2012 | 09/24/2012 |  | 2 pages | ☐ |
| 486 | OPPOSITION (TO MOTION #5) FILED BY WHELAN, KENNETH G JR ON 09/24/2012 | 09/24/2012 |  | 9 pages | ☐ |
| 487 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 11259735 AND RECEIPT NUMBER 11083627. | 11/08/2012 |  | 1 pages | ☐ |
| 488 | JURY TRIAL EXTENDED TO 11/09/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/09/2012 |  | *NV* |  |
| 489 | JURY TRIAL SCHEDULED FOR 11/09/2012 AT 09:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/08/2012 |  | *NV* |  |
| 490 | COURT IS ADJOURNED UNTIL 11/09/2012 AT 09:30AM IN C24. | 11/08/2012 |  | *NV* |  |
| 491 | MINUTES FINALIZED FOR JURY TRIAL 11/08/2012 01:30:00 PM. | 11/09/2012 |  | 2 pages | ☐ |
| 492 | JURY TRIAL EXTENDED TO 11/13/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/13/2012 |  | *NV* |  |
| 493 | JURY TRIAL SCHEDULED FOR 11/13/2012 AT 09:00:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 11/09/2012 |  | *NV* |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 494 | COURT IS ADJOURNED UNTIL 11/13/2012 AT 09:00AM IN C24. | 11/09/2012 | | *NV* | |
| 495 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 11261158 AND RECEIPT NUMBER 11085050. | 11/13/2012 | | 1 pages | ☐ |
| 496 | MINUTES FINALIZED FOR JURY TRIAL 11/09/2012 09:30:00 AM. | 11/13/2012 | | 3 pages | ☐ |
| 497 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 1,569.40, TRANSACTION NUMBER 11262383 AND RECEIPT NUMBER 11086275. | 11/14/2012 | | 1 pages | ☐ |
| 498 | STIPULATION AND ORDER (TO STAY ENTRY OF JUDGMENT UNTIL 12-20-12) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/15/2012 | 11/15/2012 | | 5 pages | ☐ |
| 499 | MINUTES FINALIZED FOR JURY TRIAL 11/13/2012 09:00:00 AM. | 11/15/2012 | | 3 pages | ☐ |
| 500 | JURY INSTRUCTIONS (REFUSED FROM PHASE 1) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/05/2012 | 11/05/2012 | | 66 pages | ☐ |
| 501 | JURY INSTRUCTIONS (- GIVEN PHASE 1) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/05/2012 | 11/05/2012 | | 50 pages | ☐ |
| 502 | JURY INSTRUCTIONS (- REFUSED PHASE 2) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/09/2012 | 11/09/2012 | | 90 pages | ☐ |
| 503 | JURY INSTRUCTIONS (- GIVEN PHASE 2) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/09/2012 | 11/09/2012 | | 10 pages | ☐ |
| 504 | PHASE 1 VERDICT | 11/07/2012 | | 2 pages | ☐ |
| 505 | POLLING SHEET PHASE 1 | 11/07/2012 | | 1 pages | ☐ |
| 506 | PHASE 2 VERDICT | 11/13/2012 | | 2 pages | ☐ |
| 507 | JURY POLLING SHEET, PHASE 2 | 11/13/2012 | | 1 pages | ☐ |
| 508 | JURY INSTRUCTIONS (SUPPLEMENTAL) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/02/2012 | 11/02/2012 | | 3 pages | ☐ |
| 509 | JURY INSTRUCTIONS (- SUPPLEMENTAL) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 11/02/2012 | 11/02/2012 | | 2 pages | ☐ |
| 510 | DOCUMENT - OTHER (CIVIL SUPOENA) FILED BY HOUCHIN, D.D.S., ROBERT J. ON 10/31/2012 | 10/31/2012 | | 4 pages | ☐ |
| 511 | TRIAL BRIEF FILED BY HOUCHIN, D.D.S., ROBERT J. ON 10/30/2012 | 10/30/2012 | | 4 pages | ☐ |
| 512 | MOTION IN LIMINE (MIL #10) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 10/30/2012 | 10/30/2012 | | 10 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 513 | PAYMENT FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE, TRANSACTION NUMBER 11262383 IN THE AMOUNT OF 1,569.40 VOIDED DUE TO OTHER. | 11/16/2012 | | 1 pages | ☐ |
| 514 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 227 - SUBSEQUENT JURY TRIAL FEE IN THE AMOUNT OF 1,569.40, TRANSACTION NUMBER 11264379 AND RECEIPT NUMBER 11088271. | 11/16/2012 | | 1 pages | ☐ |
| 515 | MOTION IN LIMINE (MIL #9) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 10/29/2012 | 10/29/2012 | | 9 pages | ☐ |
| 516 | MOTION IN LIMINE (MIL #8) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 10/25/2012 | 10/25/2012 | | 15 pages | ☐ |
| 517 | MOTION - OTHER (MOTION FOR LEAVE) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/25/2012 | 10/25/2012 | | 3 pages | ☐ |
| 518 | DOCUMENT - OTHER FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/25/2012 | 10/25/2012 | | 3 pages | ☐ |
| 519 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/24/2012 | 10/24/2012 | | 3 pages | ☐ |
| 520 | MOTION IN LIMINE (MIL #7) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/24/2012 | 10/24/2012 | | 3 pages | ☐ |
| 521 | OPPOSITION (OPP TO MIL #10) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 10/22/2012 | 10/22/2012 | | 3 pages | ☐ |
| 522 | MOTION IN LIMINE (MIL #10) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/17/2012 | 10/17/2012 | | 4 pages | ☐ |
| 523 | RESPONSE FILED BY WHELAN, D.D.S., KENNETH G. JR ON 10/16/2012 | 10/16/2012 | | 4 pages | ☐ |
| 524 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/16/2012 | 10/16/2012 | | 4 pages | ☐ |
| 525 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/15/2012 | 10/15/2012 | | 3 pages | ☐ |
| 526 | STIPULATION - OTHER FILED BY HOUCHIN, DDS, ROBERT JAMES ON 10/05/2012 | 10/05/2012 | | 4 pages | ☐ |
| 527 | OBJECTION FILED BY WHELAN, D.D.S., KENNETH G. JR ON 10/04/2012 | 10/04/2012 | | 7 pages | ☐ |
| 528 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/02/2012 | 11/02/2012 | | NV | |
| 529 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/02/2012 | 11/02/2012 | | 3 pages | ☐ |
| 530 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/02/2012 | 11/02/2012 | | 3 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 531 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/02/2012 | 11/02/2012 | | 2 pages | ☐ |
| 532 | VERDICT (PHASE 1 NOT USED) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 11/05/2012 | 11/05/2012 | | 4 pages | ☐ |
| 533 | DOCUMENT - OTHER (SPECIAL JURY INSTRUCTION 1) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 11/05/2012 | 11/05/2012 | | 2 pages | ☐ |
| 534 | TRIAL BRIEF FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/05/2012 | 11/05/2012 | | 3 pages | ☐ |
| 535 | VERDICT (SPECIAL VERDICT NOT USED) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/06/2012 | 11/06/2012 | | 1 pages | ☐ |
| 536 | RESPONSE FILED BY WHELAN, D.D.S., KENNETH G. JR ON 11/06/2012 | 11/06/2012 | | 2 pages | ☐ |
| 537 | DOCUMENT - OTHER (JURY QUESTION) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 11/07/2012 | 11/07/2012 | | 1 pages | ☐ |
| 538 | VERDICT (SPECIAL VERDICT NOT USED) FILED BY WHELAN, D.D.S., KENNETH G. JR ON 11/09/2012 | 11/09/2012 | | 2 pages | ☐ |
| 539 | DOCUMENT - OTHER (JURY QUESTION) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/13/2012 | 11/13/2012 | | 1 pages | ☐ |
| 540 | VERDICT (PHASE 2 VERDICT NOT USED) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/13/2012 | 11/13/2012 | | 1 pages | ☐ |
| 541 | DOCUMENT - OTHER FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/13/2012 | 11/13/2012 | | 1 pages | ☐ |
| 542 | EXHIBIT LIST FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/13/2012 | 11/13/2012 | | 1 pages | ☐ |
| 543 | JURY INSTRUCTIONS FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/15/2012 | 11/15/2012 | | 58 pages | ☐ |
| 544 | VERDICT (NOT USED) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/06/2012 | 11/06/2012 | | 1 pages | ☐ |
| 545 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 125.00, TRANSACTION NUMBER 11264925 AND RECEIPT NUMBER 11088817. | 11/16/2012 | | 1 pages | ☐ |
| 546 | E-FILING TRANSACTION 127395 RECEIVED ON 11/14/2012 04:10:52 PM. | 11/20/2012 | | *NV* | |
| 547 | STIPULATION AND ORDER RECEIVED ON 11/15/2012. | 11/15/2012 | | 5 pages | ☐ |
| 548 | PAYMENT RECEIVED BY FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 11266584 AND RECEIPT NUMBER 11090476. | 11/20/2012 | | 1 pages | ☐ |
| 549 | NOTICE OF CONTINUANCE SUBMITTED BY ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL | 11/21/2012 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | CORPORATION; HOUCHIN, DDS, ROBERT JAMES REJECTED ON 11/21/2012. | | | | |
| 550 | NOTICE TO COUNSEL RE: REPORTER AND JURY FEES | 10/23/2012 | | 1 pages | ☐ |
| 551 | E-FILING TRANSACTION 2166314 RECEIVED ON 12/03/2012 09:55:51 AM. | 12/04/2012 | | NV | |
| 552 | MOTION FOR ATTORNEY FEES FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, ROBERT J. ON 12/03/2012 | 12/03/2012 | | 311 pages | ☐ |
| 553 | MEMORANDUM OF COSTS (SUMMARY) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, ROBERT J. ON 12/03/2012 | 12/03/2012 | | 24 pages | ☐ |
| 554 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11274243 AND RECEIPT NUMBER 11098135. | 12/04/2012 | | 1 pages | ☐ |
| 555 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 12/20/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/04/2012 | | NV | |
| 556 | E-FILING TRANSACTION 2163851 RECEIVED ON 11/26/2012 09:31:15 AM. | 12/04/2012 | | NV | |
| 557 | NOTICE OF CONTINUANCE FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, ROBERT J. ON 11/26/2012 | 11/26/2012 | | 3 pages | ☐ |
| 558 | E-FILING TRANSACTION 128920 RECEIVED ON 11/29/2012 09:48:04 AM. | 12/06/2012 | | NV | |
| 559 | MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT FILED BY WHELAN, D.D.S., KENNETH G. JR ON 11/29/2012 | 11/29/2012 | | 18 pages | ☐ |
| 560 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11276185 AND RECEIPT NUMBER 11100077. | 12/06/2012 | | 1 pages | ☐ |
| 561 | NOTICE OF HEARING ON MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT | 12/06/2012 | | 1 pages | ☐ |
| 562 | E-FILING TRANSACTION 130228 RECEIVED ON 12/07/2012 03:18:08 PM. | 12/10/2012 | | NV | |
| 563 | MOTION TO STRIKE OR TAX COSTS FILED BY WHELAN, KENNETH G JR; WHELAN, D.D.S., KENNETH G. JR; KEN WHELAN, DDS, A DENTAL | 12/07/2012 | | 6 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | CORPORATION; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 12/07/2012 | | | | |
| 564 | OPPOSITION FILED BY WHELAN, KENNETH G JR; WHELAN, D.D.S., KENNETH G. JR; KENWHELAN, DDS, A DENTAL CORPORATION; KEN WHELAN, D.D.S., A DENTAL CORPORATION ON 12/07/2012 | 12/07/2012 | | 272 pages | ☐ |
| 565 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11278365 AND RECEIPT NUMBER 11102257. | 12/10/2012 | | 1 pages | ☐ |
| 566 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 01/17/2013 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/10/2012 | | NV | |
| 567 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 01/17/2013 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/12/2012 | | 2 pages | ☐ |
| 568 | E-FILING TRANSACTION 2170307 RECEIVED ON 12/13/2012 04:36:37 PM. | 12/14/2012 | | NV | |
| 569 | REPLY TO OPPOSITION (TO MOTION FOR ATTORNEY FEES) FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 12/14/2012 | 12/14/2012 | | 17 pages | ☐ |
| 570 | E-FILING TRANSACTION 2170288 RECEIVED ON 12/13/2012 04:09:03 PM. | 12/14/2012 | | NV | |
| 571 | REPLY TO OPPOSITION FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 12/14/2012 | 12/14/2012 | | 32 pages | ☐ |
| 572 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 12/20/2012 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/20/2012 | | NV | |
| 573 | MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT SCHEDULED FOR 01/15/2013 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/20/2012 | | NV | |
| 574 | MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT SCHEDULED FOR 01/17/2013 AT 08:30:00 AM IN C24 AT CENTRAL JUSTICE CENTER. | 12/20/2012 | | NV | |
| 575 | NOTICE OF CONTINUANCE OC GENERATED | 12/20/2012 | | 2 pages | ☐ |
| 576 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 12/20/2012 | | NV | |
| 577 | MINUTES FINALIZED FOR MULTIPLE EVENTS 12/20/2012 08:30:00 AM. | 12/20/2012 | | 1 pages | ☐ |
| 578 | | 12/31/2012 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | E-FILING TRANSACTION 2174421 RECEIVED ON 12/28/2012 04:58:52 PM. | | | | |
| 579 | OPPOSITION FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 12/31/2012 | 12/31/2012 | | 27 pages | ☐ |
| 580 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 125.00, TRANSACTION NUMBER 11290139 AND RECEIPT NUMBER 11114031. | 01/02/2013 | | 1 pages | ☐ |
| 581 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 12/28/2012 09:04:00 AM. | 01/03/2013 | | 1 pages | ☐ |
| 582 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 01/03/2013 | | 1 pages | ☐ |
| 583 | E-FILING TRANSACTION 134179 RECEIVED ON 01/04/2013 04:51:19 PM. | 01/07/2013 | | NV | |
| 584 | OPPOSITION FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 01/07/2013 | 01/07/2013 | | NV | |
| 585 | OPPOSITION FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 01/07/2013 | 01/07/2013 | | 8 pages | ☐ |
| 586 | E-FILING TRANSACTION 2176978 RECEIVED ON 01/04/2013 05:18:41 PM. | 01/07/2013 | | NV | |
| 587 | OPPOSITION FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 01/07/2013 | 01/07/2013 | | 15 pages | ☐ |
| 588 | E-FILING TRANSACTION 2180236 RECEIVED ON 01/10/2013 11:15:13 AM. | 01/11/2013 | | NV | |
| 589 | REPLY TO OPPOSITION FILED BY WHELAN, D.D.S., KENNETH G. JR; WHELAN, KENNETH G JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION; KENWHELAN, DDS, A DENTAL CORPORATION ON 01/10/2013 | 01/10/2013 | | 7 pages | ☐ |
| 590 | REPLY TO OPPOSITION FILED BY WHELAN, D.D.S., KENNETH G. JR; WHELAN, KENNETH G JR; KEN WHELAN, D.D.S., A DENTAL CORPORATION; KENWHELAN, DDS, A DENTAL CORPORATION ON 01/10/2013 | 01/10/2013 | | 5 pages | ☐ |
| 591 | REPLY TO OPPOSITION FILED BY WHELAN, D.D.S., KENNETH G. JR; WHELAN, KENNETH G JR; KEN | 01/10/2013 | | 5 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | WHELAN, D.D.S., A DENTAL CORPORATION; KENWHELAN, DDS, A DENTAL CORPORATION ON 01/10/2013 | | | | |
| 592 | PAYMENT RECEIVED BY FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 125.00, TRANSACTION NUMBER 11299097 AND RECEIPT NUMBER 11122989. | 01/17/2013 | | 1 pages | ☐ |
| 593 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 01/17/2013 | | NV | |
| 594 | MINUTES FINALIZED FOR MULTIPLE EVENTS 01/17/2013 08:30:00 AM. | 01/17/2013 | | 1 pages | ☐ |
| 595 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 02/01/2013 02:29:00 PM. | 02/01/2013 | | 1 pages | ☐ |
| 596 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 02/01/2013 | | 1 pages | ☐ |
| 597 | E-FILING TRANSACTION 152404 RECEIVED ON 02/11/2013 03:27:35 PM. | 02/13/2013 | | NV | |
| 598 | REQUEST FOR STATEMENT OF DECISION FILED BY HOUCHIN, DDS, ROBERT JAMES; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 02/11/2013 | 02/11/2013 | | 3 pages | ☐ |
| 599 | E-FILING TRANSACTION 152484 RECEIVED ON 02/11/2013 04:09:47 PM. | 02/13/2013 | | NV | |
| 600 | REQUEST FOR STATEMENT OF DECISION FILED BY HOUCHIN, ROBERT J.; HOUCHIN, DDS, ROBERT JAMES ON 02/11/2013 | 02/11/2013 | | 3 pages | ☐ |
| 601 | MINUTES FINALIZED FOR CHAMBERS WORK 02/14/2013 08:55:00 AM. | 02/14/2013 | | 1 pages | ☐ |
| 602 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 02/14/2013 | | 1 pages | ☐ |
| 603 | E-FILING TRANSACTION 2208502 RECEIVED ON 02/19/2013 10:41:43 AM. | 02/19/2013 | | NV | |
| 604 | EX PARTE APPLICATION - OTHER FILED BY HOUCHIN, ROBERT J.; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 02/19/2013 | 02/19/2013 | | 43 pages | ☐ |
| 605 | STIPULATION - OTHER RECEIVED ON 02/19/2013. | 02/19/2013 | | 37 pages | ☐ |
| 606 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 37 - REQUESTS NOT REQUIRING A HEARING: CONTINUANCE OF HEARING OR CASE MANAGEMENT CONFERENCE; STIPULATION AND ORDER; SERVICE BY POSTING OR PUB IN THE | 02/19/2013 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | AMOUNT OF 80.00, TRANSACTION NUMBER 11317131 AND RECEIPT NUMBER 11141023. | | | | |
| 607 | EX PARTE SCHEDULED FOR 02/19/2013 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 02/19/2013 | | *NV* | |
| 608 | CASE REASSIGNED TO OMNI EFFECTIVE 02/19/2013. | 02/19/2013 | | *NV* | |
| 609 | ORDER TO SHOW CAUSE RE: DISMISSAL ON SETTLED CASE SCHEDULED FOR 07/25/2018 AT 09:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 02/19/2013 | | *NV* | |
| 610 | THE ORDER TO SHOW CAUSE RE: DISMISSAL ON SETTLED CASE IS SCHEDULED FOR 07/25/2018 AT 09:00 AM IN DEPARTMENT C03. | 02/19/2013 | | *NV* | |
| 611 | MINUTES FINALIZED FOR EX PARTE 02/19/2013 01:30:00 PM. | 02/19/2013 | | 1 pages | ☐ |
| 612 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 02/19/2013 | | 1 pages | ☐ |
| 613 | STIPULATION AND ORDER (FOR SETTLEMENT) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 02/19/2013 | 02/19/2013 | | 43 pages | ☐ |
| 614 | E-FILING TRANSACTION 2219327 RECEIVED ON 03/05/2013 02:39:36 PM. | 03/05/2013 | | *NV* | |
| 615 | NOTICE - OTHER FILED BY HOUCHIN, ROBERT J.; ROBERT JAMES HOUCHIN, D.D.S., A PROFESSIONAL DENTAL CORPORATION ON 03/05/2013 | 03/05/2013 | | 6 pages | ☐ |
| 616 | MANDATORY SETTLEMENT CONFERENCE STATEMENT (CONFIDENTIAL) RECEIVED ON 03/01/2011. | 03/01/2011 | | *NA* | |
| 617 | MANDATORY SETTLEMENT CONFERENCE STATEMENT RECEIVED ON 03/01/2011. | 03/01/2011 | | *NA* | |
| 618 | PAYMENT FOR 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR, 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LA, TRANSACTION NUMBER 11253309 IN THE AMOUNT OF 1,014.44 VOIDED DUE TO INCORRECT FEE CODES. | 11/14/2013 | | 1 pages | ☐ |
| 619 | PAYMENT RECEIVED BY FOR 227 - SUBSEQUENT JURY TRIAL FEE, 22 - COURT REPORTER PER DIEM FEES: COURT REPORTER PER DIEM FEES FOR CIVIL PROCEEDINGS LASTING MORE THAN 1 HOUR IN THE AMOUNT OF 1,014.44, TRANSACTION NUMBER 11496558 AND RECEIPT NUMBER 11320470. | 11/14/2013 | | 1 pages | ☐ |
| 620 | E-FILING TRANSACTION 4275815 RECEIVED ON 11/06/2014 03:31:59 PM. | 11/06/2014 | | *NV* | |
| 621 | | 11/06/2014 | | 70 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | EX PARTE APPLICATION - OTHER FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/06/2014 | | | | |
| 622 | PROPOSED JUDGMENT RECEIVED ON 11/06/2014. | 11/06/2014 | | 4 pages | ☐ |
| 623 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11687956 AND RECEIPT NUMBER 11512218. | 11/06/2014 | | 1 pages | ☐ |
| 624 | EX PARTE SCHEDULED FOR 11/10/2014 AT 01:30:00 PM IN C66 AT CENTRAL JUSTICE CENTER. | 11/06/2014 | | NV | |
| 625 | PROPOSED ORDER RECEIVED ON 11/06/2014 | 11/06/2014 | | 1 pages | ☐ |
| 628 | MINUTES FINALIZED FOR EX PARTE 11/10/2014 01:30:00 PM. | 11/12/2014 | | 1 pages | |
| 629 | E-FILING TRANSACTION 4279593 RECEIVED ON 11/13/2014 05:08:33 PM. | 11/17/2014 | | NV | |
| 630 | NOTICE OF ENTRY OF JUDGMENT FILED BY HOUCHIN, ROBERT J.; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 11/13/2014 | 11/13/2014 | | 8 pages | ☐ |
| 631 | ACKNOWLEDGMENT OF PARTIAL SATISFACTION OF JUDGMENT FILED BY HOUCHIN, ROBERT J.; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 11/13/2014 | 11/13/2014 | | 3 pages | ☐ |
| 632 | ACKNOWLEDGMENT OF PARTIAL SATISFACTION OF JUDGMENT FILED BY HOUCHIN, ROBERT J.; ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION ON 11/13/2014 | 11/13/2014 | | 3 pages | ☐ |
| 633 | ORDER AFTER HEARING FILED BY THE SUPERIOR COURT OF ORANGE ON 11/20/2014 | 11/20/2014 | | NV | |
| 634 | ORDER AFTER HEARING (GRANTING EX PARTE APPLICATION FOR AN ORDER ENTERING JUDGMENT) FILED BY HOUCHIN, DDS, ROBERT JAMES ON 11/10/2014 | 11/10/2014 | | 1 pages | ☐ |
| 635 | JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT | 11/10/2014 | | 4 pages | ☐ |
| 636 | THE COURT ENTERS JUDGMENT AS TO COMPLAINT. | 11/10/2014 | | NV | |
| 637 | COMPLAINT DISPOSED WITH DISPOSITION OF JURY VERDICT. | 11/10/2014 | | NV | |
| 638 | CASE DISPOSED WITH DISPOSITION OF JURY VERDICT | 11/10/2014 | | NV | |
| 639 | E-FILING TRANSACTION 1207169 RECEIVED ON 11/21/2014 05:05:56 PM. | 12/03/2014 | | NV | |
| 640 | ABSTRACT OF JUDGMENT (ISSUED 12/3/14) RECEIVED ON 11/21/2014. | 11/21/2014 | | 4 pages | ☐ |
| 641 | | 11/21/2014 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | ABSTRACT OF JUDGMENT (ISSUED 12/3/14) RECEIVED ON 11/21/2014. | | | | |
| 642 | ABSTRACT OF JUDGMENT (ISSUED 12/3/14) RECEIVED ON 11/21/2014. | 11/21/2014 | | 4 pages | ☐ |
| 643 | ABSTRACT OF JUDGMENT (ISSSUED 12/3/14) RECEIVED ON 11/21/2014. | 11/21/2014 | | 4 pages | ☐ |
| 644 | ABSTRACT OF JUDGMENT (ISSUED 12/3/14) RECEIVED ON 11/21/2014. | 11/21/2014 | | 4 pages | ☐ |
| 645 | ABSTRACT OF JUDGMENT (ISSUED 12/3/14) RECEIVED ON 11/21/2014. | 11/21/2014 | | 4 pages | ☐ |
| 646 | PAYMENT RECEIVED BY FOR 141 - ABSTRACT OF JUDGMENT, 141 - ABSTRACT OF JUDGMENT, 141 - ABSTRACT OF JUDGMENT, 141 - ABSTRACT OF JUDGMENT, 141 - ABSTRACT OF JUDGMENT IN THE AMOUNT OF 150.00, TRANSACTION NUMBER 11700537 AND RECEIPT NUMBER 11524840. | 12/03/2014 | | 1 pages | ☐ |
| 647 | E-FILING TRANSACTION NUMBER 4275816 REJECTED. | 12/09/2014 | | 1 pages | ☐ |
| 648 | E-FILING TRANSACTION NUMBER 4426960 REJECTED. | 09/01/2015 | | 1 pages | ☐ |
| 649 | E-FILING TRANSACTION 1280452 RECEIVED ON 09/18/2015 03:37:12 PM. | 09/25/2015 | | NV | |
| 650 | ACKNOWLEDGMENT OF PARTIAL SATISFACTION OF JUDGMENT FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, DDS, ROBERT JAMES ON 09/18/2015 | 09/18/2015 | | 3 pages | ☐ |
| 651 | ACKNOWLEDGMENT OF PARTIAL SATISFACTION OF JUDGMENT FILED BY ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; HOUCHIN, DDS, ROBERT JAMES ON 09/18/2015 | 09/18/2015 | | 3 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| GINA L. RENNER | DEFENDANT | | 07/13/2010 | |
| ROBERT JAMES HOUCHIN, D.D.S., A PROFES | DEFENDANT | | 07/13/2010 | |
| DEMLER ARMSTRONG & ROWLAND | ATTORNEY | | 09/27/2010 | |
| KENWHELAN, DDS, A DENTAL CORPORATION | PLAINTIFF | | 03/16/2012 | |
| KENNETH G. WHELAN, D.D.S. | PLAINTIFF | | 07/13/2010 | |
| KENNETH G WHELAN | DEFENDANT | | 09/27/2010 | |
| LAW OFFICES OF STEPHEN M. MCNAMARA | ATTORNEY | | 02/03/2011 | |
| KENNETH G. WHELAN, D.D.S. | DEFENDANT | | 03/14/2012 | |
| KEN WHELAN, D.D.S., A DENTAL CORPORATI | DEFENDANT | | 04/10/2012 | |
| ROBERT JAMES HOUCHIN, DDS | PLAINTIFF | | 09/27/2010 | |
| KEN WHELAN, D.D.S., A DENTAL CORPORATI | PLAINTIFF | | 07/13/2010 | |

| Name | Type | Assoc | Start Date | End Date |
|------|------|-------|-----------|----------|
| ROBERT J. HOUCHIN | PLAINTIFF | | 04/30/2012 | |
| KENWHELAN, DDS, A DENTAL CORPORATION | DEFENDANT | | 09/27/2010 | |
| DLA PIPER LLP | ATTORNEY | | 11/22/2010 | |
| ROBERT JAMES HOUCHIN, DDS | DEFENDANT | | 03/28/2012 | |
| ROBERT J. HOUCHIN | DEFENDANT | | 07/13/2010 | |
| DEMLER, ARMSTRONG & ROWLAND | ATTORNEY | | 08/13/2010 | |
| ROBERT JAMES HOUCHIN, DDS, A PROFESSIO | PLAINTIFF | | 09/27/2010 | |
| CRANDALL WADE AND LOWE | ATTORNEY | | 06/08/2011 | |
| DLA PIPER LLP | ATTORNEY | | 07/13/2010 | |

Hearings:

| Description | Date | Time | Department | Judge |
|-------------|------|------|-----------|-------|
| | | | | |

Print this page

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4500 E. Pacific Coast Hwy., Fourth Floor, Long Beach, CA, 90804.

A true and correct copy of the foregoing document entitled (*specify*): COMPLAINT FOR NONDISCHARGEABILITY
PURSUANT TO  11 U.S.C. §§ 523(a)(2)(A) and(B), 523(a)(6) and 523 (a)(19)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   12/22/2015   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor/Defendant Kenneth Whelan, 220 22nd Street, Huntington Beach, CA, 92648
Attorney for Debtor Christopher J. Langley, The Langley Law Firm, 261 N. Sycamore Street, Santa Ana, CA, 92701
Trustee Karen S. Naylor (TR), P.O. Box 504, Santa Ana, CA, 92702-0504
U.S. Trustee (SA), 411 W. Fourth Street, Suite 9041, Santa Ana, CA, 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   12/22/2015   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Mark S. Wallace
U.S. Bankruptcy Court, Ronald Reagan Federal Buuilding
411 W. Fourth Street, Suite 6135
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2015 | Carol R. Berman | *Carol R. Berman* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**